The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Eon-Net, L.P., <br><br> Plaintiff, <br><br> v. <br><br> Flagstar Bancorp, <br><br> Defendant. | **CASE NO. C 05-2129 RSM** <br><br> **STIPULATION OF NON-INFRINGEMENT AND OF DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS AND DEFENSES CONCERNING INVALIDITY** |

1  Plaintiff Eon-Net, L.P. ("Eon-Net"), by and through its counsel, and Defendant Flagstar
2  Bancorp, Inc. ("Flagstar"), by and through its counsel, hereby stipulate to entry of a judgment of
3  non-infringement by Flagstar of United States Patent Nos. 6,683,697, 7,075,673, and 7,184,162
4  (collectively "the Patents"), based on the Court's Order on Claim Construction of March 4, 2009.
5  This stipulation is made subject to Eon-Net's reservation of its right to appeal the Court's
6  constructions of claim terms of the Patents.

7  Eon-Net and Flagstar, by and through their respective counsel, also hereby stipulate to
8  the dismissal without prejudice of Flagstar's counterclaims and defenses involving invalidity of
9  the Patents. The stipulation of dismissal without prejudice is made subject to Flagstar's
10  reservation of its rights to reassert such counterclaims and defenses should Eon-Net's
11  infringement claim regarding the Patents be revived for any reason (including but not limited to
12  modification of the Court's claim constructions on appeal).

13  Further, should the Court's *Markman* decision be altered on appeal, nothing herein shall
14  be deemed an admission by Eon-Net that Flagstar is entitled to judgment of non-infringement
15  based upon the altered claim construction of the claims.

16  Respectfully submitted, this 27th day of March, 2009.

18  DATED:   March 27, 2009                ZIMMERMAN, LEVI & KORSINSKY, L.L.P

20                                         By:   /s/ Jean-Marc Zimmerman
21                                               Jean-Marc Zimmerman

22                                         226 St. Paul Street
23                                         Westfield, NJ 07090
                                           Tel: (908) 654-8000
24                                         Fax: (908) 654-7207

25                                         *Attorneys for Plaintiff Eon-Net, L.P.*

1

DATED: March 27, 2009           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By: /s/Melissa J. Baily
    Melissa J. Baily

Charles K. Verhoeven
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Jon Steiger
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
(213) 443-3000

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
(206) 622-2000

*Attorneys for Defendant Flagstar Bank*

SO ORDERED this __ day of _____, 2009.


_____
Hon. Ricardo S. Martinez, U.S.D.J.

2

STIPULATION OF NON-INFRINGEMENT
CASE NO. C 05-2129 RSM