UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Eon-Net, L.P., <br><br> Plaintiff, <br><br> v. <br><br> Flagstar Bancorp, <br><br> Defendant. | **CASE NO. C 05-2129 RSM** <br><br> **STIPULATION AND ORDER OF NON-INFRINGEMENT AND OF DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS AND DEFENSES CONCERNING INVALIDITY** |

Plaintiff Eon-Net, L.P. ("Eon-Net"), by and through its counsel, and Defendant Flagstar Bancorp, Inc. ("Flagstar"), by and through its counsel, hereby stipulate to entry of a judgment of non-infringement by Flagstar of United States Patent Nos. 6,683,697, 7,075,673, and 7,184,162 (collectively "the Patents"), based on the Court's Order on Claim Construction of March 4, 2009. This stipulation is made subject to Eon-Net's reservation of its right to appeal the Court's constructions of claim terms of the Patents.

Eon-Net and Flagstar, by and through their respective counsel, also hereby stipulate to the dismissal without prejudice of Flagstar's counterclaims and defenses involving invalidity of the Patents. The stipulation of dismissal without prejudice is made subject to Flagstar's reservation of its rights to reassert such counterclaims and defenses should Eon-Net's infringement claim regarding the Patents be revived for any reason (including but not limited to modification of the Court's claim constructions on appeal).

Further, should the Court's *Markman* decision be altered on appeal, nothing herein shall be deemed an admission by Eon-Net that Flagstar is entitled to judgment of non-infringement based upon the altered claim construction of the claims.

Respectfully submitted, this 27th day of March, 2009.

DATED: March 27, 2009         ZIMMERMAN, LEVI & KORSINSKY, L.L.P

By: /s/ Jean-Marc Zimmerman
    Jean-Marc Zimmerman

226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

*Attorneys for Plaintiff Eon-Net, L.P.*

DATED: March 27, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/Melissa J. Baily
    Melissa J. Baily

Charles K. Verhoeven
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Jon Steiger
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
(213) 443-3000

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
(206) 622-2000

*Attorneys for Defendant Flagstar Bank*

SO ORDERED this 6 day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE