# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EON-NET, L.P. | JUDGMENT IN A CIVIL CASE |
| v. | |
| FLAGSTAR BANCORP | CASE NUMBER: C05-2129RM |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is rendered in favor of defendant on claims of patent infringement (refer to the Stipulation and Order of Non-Infringement [Dkt. # 166] for details).

April 10, 2009                             BRUCE RIFKIN
                                                    Clerk

                                    By          /s/ Lowell Williams
                                                    Deputy Clerk