UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EON-NET, LP,<br><br>        Plaintiff,<br><br>     v.<br><br>FLAGSTAR BANCORP,<br><br>        Defendant. | CASE NO.  C05-2129RSM<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

      Defendant's motion to strike plaintiff's surreply (Dkt. # 184) is GRANTED.  The surreply was filed without notice of intent as required by the local rules, as well as for an improper purpose.  A surreply is allowed solely for the purpose of moving to strike material contained with a reply brief, not for additional argument.  Local Rule CR 7(g).  Plaintiff's surreply (Dkt. # 181) is accordingly STRICKEN.

      DATED this 1st day of June, 2009.

                                                  BRUCE RIFKIN, Clerk


                                                By   /s/ Rhonda Stiles

                                                      Deputy Clerk

MINUTE ORDER