The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EON-NET L.P., <br><br> Plaintiff, <br><br> v. <br><br> FLAGSTAR BANCORP, <br><br> Defendant. | **CASE NO. C05-2129 RSM** <br><br> **PLAINTIFF EON-NET, L.P.'S NOTICE OF SUPPLEMENTAL AUTHORITIES SUPPORTING ITS OPPOSITION TO DEFENDANT FLAGSTAR BANCORP'S PENDING MOTION FOR SANCTIONS** |

**TO THE COURT AND DEFENDANT AND ITS COUNSEL**

Plaintiff Eon-Net, L.P. ("Eon-Net") respectfully submits this Notice of Supplemental Authorities to bring to the Court's attention two patents recently issued by the U.S. Patent and Trademark Office ("PTO") to the inventors of the three patents-in-suit, U.S. Patent Nos. 6,683,697, 7,075,673 and 7,184,162, which support Eon-Net's claim construction and its Opposition to defendant Flagstar Bancorp's Motion for Sanctions. These two new patents, U.S. Patent Nos. 7,570,383 ("the '383 patent") and 7,619,768 ("the '768 patent"), attached hereto as Exhibits 1 and 2, respectively, share the same specification as the three patents-in-suit, and have claims explicitly directed towards processing information not derived from scanned hard copy documents. For example, see Claims 3 and 6 of the '383 patent, and Claims 3 and 6 of the '768 patent. Mr. Mitchell Medina disclosed this Court's Order on Claim Construction issued on March 4, 2009, to the PTO prior to the issuance of the '383 and '768 patents.

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman & Levi, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

John W. Hathaway
Law Offices John W. Hathaway, PLLC
4600 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
Tel: (206) 624-7100
Fax: (206) 624-9292

Attorneys for Plaintiff Eon-Net, L.P.

Date: December 22, 2009
     Westfield, New Jersey