**CERTIFICATE OF SERVICE**

    I hereby certify that on January 19, 2010, I served Plaintiff Eon-Net, L.P.'s Motion for Reconsideration of Order on Motion for Fees and Costs, the Declaration of Jean-Marc Zimmerman, the Declaration of Mitchell Medina, and a Proposed Order on Defendant's counsel Melissa J. Baily, Quinn Emanuel Urquhart Oliver & Hedges LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111 by delivering the same by e-mail to melissabaily@quinnemanuel.com.

                                                   /s/Jean-Marc Zimmerman
                                                   Jean-Marc Zimmerman