# EXHIBIT 1

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1115413
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through October 31, 2007 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $1,706.00 |
| Expenses | <u>$42.25</u> |
| Total Due This Invoice | $1,748.25 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/07 | JRS | Conference call regarding appellate ruling, strategy, etc.; telephone conference with Zimmerman regarding possible settlement; emails regarding same. | 0.70 |
| 10/22/07 | JRS | Emails and telephone conference with J. Zimmerman; office conferences and telephone conferences and emails regarding strategy, costs, coordination with other parties, etc. | 0.80 |
| 10/24/07 | JRS | Conference call with other defendants, and emails and telephone conferences regarding same; preparation for same and review of strategy options. | 0.70 |
| 10/24/07 | MJB | Telephone conference with potential joint defense group. | 0.30 |
| | | Total Hours | 2.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jon Steiger | JRS | Partner | 2.20 | 725.00 | 1,595.00 |
| Melissa Baily | MJB | Associate | 0.30 | 370.00 | 111.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Telecopier | | 11.00 |
| Telephone | | 0.97 |
| Word processing | | 9.00 |
| Professional services | | 8.48 |
| Telecopier | | 8.00 |
| Document Reproduction | 0.24 per page based on market not cost | 4.80 |
| Total Expenses | | $42.25 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: November 16, 2007
Invoice # 1115413

Total Fees .................................................. $1,706.00
Expenses ....................................................... $42.25
Total Due this Invoice .................................. $1,748.25

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# EXHIBIT 2

# quinn emanuel trial lawyers | los angeles
silicon valley
san francisco
new york
tokyo

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

December 12, 2007

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1116538
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through November 30, 2007 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $6,623.00 |
| Expenses | <u>$16.32</u> |
| Total Due This Invoice | $6,639.32 |
| Balance Due from Previous Statement(s) | $1,748.25 |
| Total Balance Due | <u>$8,387.57</u> |

# quinn emanuel trial lawyers

December 12, 2007                                                           Matter # 07903
Page 2                                                                                         Invoice # 1116538

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/07/07 | MJB | Review correspondence from Zimmerman regarding proposed amendment to complaint; correspondence with JRS an Maritczak regarding same; correspondence with Zimmerman regarding amendment and status conference; correspondence with local counsel and court clerk regarding status conference; draft 30(b)(6) deposition notice; research regarding | 6.80 |
| 11/08/07 | MJB | Telephone conference with potential joint defense group regarding next steps; telephone conferences with Maritczak and JRS regarding same; prepare strategy memo and budget; draft 30(b)(6) deposition notice and discovery requests; correspondence with Zimmerman regarding status conference. | 6.50 |
| 11/09/07 | MJB | Prepare claim construction schedule; draft discovery requests. | 4.60 |
| | | Total Hours | 17.90 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa Baily | MJB | Associate | 17.90 | 370.00 | 6,623.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Telecopier | | 2.00 |
| Telephone | | 0.32 |
| Telecopier | | 2.00 |
| Document Reproduction | 0.24 per page based on market not cost | 12.00 |
| | Total Expenses | $16.32 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903  
Bill Date: December 12, 2007  
Invoice # 1116538

Total Fees ................................................. $6,623.00  
Expenses ....................................................... $16.32  
Total Due this Invoice ................................. $6,639.32

## Account Summary

Balance Due from Previous Statement(s) ....................................... $1,748.25  
Total Balance Due ................................................. $8,387.57

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 11/16/07 | 1115413 | 1,748.25 | 0.00 | 1,748.25 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**  
865 S. Figueroa St. 10th Floor  
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

REMITTANCE

# EXHIBIT 3

# quinn emanuel trial lawyers | los angeles
silicon valley
san francisco
new york
tokyo

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

January 10, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1117634
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through December 31, 2007 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $10,212.00 |
| Expenses | <u>$122.88</u> |
| Total Due This Invoice | $10,334.88 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/04/07 | MJB | Prepare deposition notice and discovery requests. | 4.00 |
| 12/12/07 | MJB | Prepare for and attend case management conference. | 7.00 |
| 12/13/07 | MJB | Research potential experts for claim construction; review patents cited in second amended complaint. | 3.20 |
| 12/14/07 | MJB | Review second amended complaint, additional patents cited therein, and patent prosecution histories. | 6.00 |
| 12/19/07 | MJB | Prepare draft claim construction schedule; draft joint status report. | 3.20 |
| 12/21/07 | MJB | Draft answer to Eon-Net's second amended complaint. | 4.20 |
| | | Total Hours | 27.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa Baily | MJB | Associate | 27.60 | 370.00 | 10,212.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Document Reproduction | 0.24 per page based on market not cost | 122.88 |
| | Total Expenses | $122.88 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903  Total Fees ................................................. $10,212.00
Bill Date: January 10, 2008  Expenses ..................................................... $122.88
Invoice # 1117634  Total Due this Invoice ................................................. $10,334.88

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

