# EXHIBIT 4

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

February 7, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1118936
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through January 31, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $2,630.50 |
| Expenses | <u>$604.72</u> |
| Total Due This Invoice | $3,235.22 |
| Balance Due from Previous Statement(s) | $10,334.88 |
| Total Balance Due | <u>$13,570.10</u> |

**quinn emanuel trial lawyers**

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/02/08 | MJB | Research on potential technical experts. | 1.30 |
| 01/03/08 | MJB | Research on potential technical experts; draft detailed discovery plan. | 1.80 |
| 01/09/08 | MJB | Correspondence with Zimmerman regarding stay. | 0.20 |
| 01/10/08 | MJB | Draft revised status report. | 0.70 |
| 01/14/08 | BDS | Review patents. | 1.00 |
| 01/14/08 | JG | Per Baily instruction, search and download from PTO website requested patent file histories. | 0.50 |
| | | Total Hours | 5.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 4.00 | 575.00 | 2,300.00 |
| Billie D. Salinas | BDS | Associate | 1.00 | 330.00 | 330.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| James Grossell | JG | Paralegal | 0.50 | 1.00 | 0.50 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Telecopier | | 3.00 |
| Travel | | 9.72 |
| Word processing | | 6.00 |
| Parking | | 33.00 |
| Outside velobind | | 1.00 |
| Professional services | | 9.20 |
| Taxi | | 43.00 |
| Air travel | | 493.80 |
| Document Reproduction | 0.24   per page based on market not cost | 6.00 |

**quinn emanuel trial lawyers**

February 7, 2008                                                      Matter # 07903
Page 3                                                        Invoice # 1118936

Total Expenses                    $604.72

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: February 7, 2008
Invoice # 1118936

Total Fees ................................................... $2,630.50
Expenses .................................................... $604.72
Total Due this Invoice ................................. $3,235.22

## Account Summary

Balance Due from Previous Statement(s) ................................................ $10,334.88
Total Balance Due ................................................. $13,570.10

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 01/10/08 | 1117634 | 10,334.88 | 0.00 | 10,334.88 |



Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# EXHIBIT 5

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

March 14, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1120945
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through February 29, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $16,164.50 |
| Expenses | <u>$6,260.26</u> |
| Total Due This Invoice | $22,424.76 |
| Balance Due from Previous Statement(s) | $3,235.22 |
| Total Balance Due | <u>$25,659.98</u> |

March 14, 2008                                                                    Matter # 07903
Page 2                                                                       Invoice # 1120945

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/11/08 | MJB | Revise and finalize joint status report. | 0.30 |
| 02/14/08 | MJB | Telephone conferences with Maritczak and Dufner regarding next steps. | 0.50 |
| 02/19/08 | BDS | Conference with M. Baily regarding status of case and motion to stay discovery; research regarding motion to stay discovery; review case materials, including motion for summary judgment, motion for sanctions, and Judge Pechman's orders granting both. | 3.40 |
| 02/20/08 | BDS | Research stay of discovery; draft motion to stay discovery unrelated to claim construction; draft proposed order staying discovery; e-mail communication with M. Baily regarding case law governing a discovery stay. | 9.20 |
| 02/21/08 | MJB | Revise Motion for Protective Order To Stay Discovery. | 2.50 |
| 02/21/08 | BDS | Research on motion to stay discovery; draft and edit motion to stay; draft declaration of M. Baily in support of motion to stay; discuss motion to stay with M. Baily. | 4.30 |
| 02/22/08 | MJB | Revise, finalize, file, and serve Motion To Stay Discovery Not Related To Claim Construction. | 3.00 |
| 02/25/08 | MJB | Telephone conference with Dufner regarding | 0.60 |
| 02/27/08 | MJB | Telephone conference with                research regarding | 0.70 |
| 02/27/08 | BDS | Conference with M. Baily regarding motion to stay discovery and invalidity contentions. | 0.20 |
| 02/28/08 | JRS | Work on audit response; emails regarding same. | 0.50 |
| 02/28/08 | MJB | Review Eon-Net's preliminary infringement contentions; review Eon-Net's opposition to motion for protective order and cases cited therein; correspondence with Zimmerman regarding technical advisor; draft and file stipulation regarding technical advisor. | 3.80 |
| 02/29/08 | MJB | Review and analyze Eon-Net's preliminary infringement contentions; review caselaw regarding sufficiency of preliminary infringement contentions. | 3.80 |
| 02/29/08 | BDS | Research case law regarding discovery stay and draft reply in support of motion for a protective order. | 4.30 |

March 14, 2008                                                    Matter # 07903
Page 3                                                           Invoice # 1120945

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
|      |            | Total Hours | 37.10 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Jon Steiger | JRS | Partner | 0.50 | 725.00 | 362.50 |
| Melissa Baily | MJB | Partner | 15.20 | 575.00 | 8,740.00 |
| Billie D. Salinas | BDS | Associate | 21.40 | 330.00 | 7,062.00 |

## Expense Summary

| Description | | Amount |
|-------------|---|--------|
| Postage | | 1.55 |
| Telephone | | 1.50 |
| Word processing | | 69.00 |
| Air travel | | 45.00 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 5,975.45 |
| Document Reproduction | 0.24  per page based on market not cost | 167.76 |
| | Total Expenses | $6,260.26 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: March 14, 2008
Invoice # 1120945

Total Fees ................................................. $16,164.50
Expenses .................................................... $6,260.26
Total Due this Invoice ................................................. $22,424.76

## Account Summary

Balance Due from Previous Statement(s) ................................................. $3,235.22
Total Balance Due ................................................. $25,659.98

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 02/07/08 | 1118936 | 3,235.22 | 0.00 | 3,235.22 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138


REMITTANCE

# EXHIBIT 6

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

April 16, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1122787
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through March 31, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $37,307.50 |
| Expenses | <u>$1,270.48</u> |
| Total Due This Invoice | $38,577.98 |
| Balance Due from Previous Statement(s) | $22,424.76 |
| Total Balance Due | <u>$61,002.74</u> |

**quinn emanuel trial lawyers**

April 16, 2008
Page 2

Matter # 07903
Invoice # 1122787

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/01/08 | BDS | Draft reply in support of Flagstar's motion for a protective order. | 5.60 |
| 03/02/08 | BDS | Finalize draft reply in support of motion for a protective order for M. Baily; e-mail communication re draft of reply. | 0.60 |
| 03/03/08 | MJB | Revise reply on motion for protective order; telephone conferences with potential experts. | 2.20 |
| 03/03/08 | BDS | Correspond with M. Baily regarding Reply in Support of Motion to Phase Discovery. | 0.30 |
| 03/04/08 | MJB | Revise, finalize, file and serve reply on motion for protective order; telephone conferences with potential experts; review file histories of related patents. | 4.80 |
| 03/04/08 | BDS | Correspond with M. Baily regarding Reply in Support of Motion to Phase Discovery; review case law for M. Baily; confirm case citations; draft Declaration of M. Baily in Support of Reply. | 1.10 |
| 03/05/08 | MJB | Review surreply; correspondence with local counsel and B. Salinas regarding same. | 0.80 |
| 03/05/08 | BDS | Summarize Eon-Net's Surreply for M. Baily; telephone conference with M. Baily regarding Eon-Net's Surreply. | 0.30 |
| 03/10/08 | BDS | Conference with M. Baily regarding preparation of invalidity contentions. | 0.30 |
| 03/12/08 | BDS | Review prosecution history of patent '697. | 0.90 |
| 03/13/08 | BDS | Review prosecution histories. | 0.90 |
| 03/17/08 | MJB | Review Eon-Net's responses to Flagstar's discovery; review and revise draft protective order. | 1.30 |
| 03/17/08 | BDS | Prepare memorandum regarding prosecution histories. | 1.10 |
| 03/18/08 | MJB | Telephone conference with James Fogarty regarding invalidity contentions; review key pieces of prior art before the Examiner. | 3.50 |
| 03/18/08 | BDS | Conference with expert James Fogarty and M. Baily; create list of materials sent to expert; review sample invalidity contentions and review template for Flagstar's invalidity contentions. | 1.40 |
| 03/19/08 | MJB | Prepare responses to Eon-Net's interrogatories, document requests, and requests for admission; circulate same. | 5.50 |

# quinn emanuel trial lawyers

April 16, 2008
Page 4

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 29.30 | 575.00 | 16,847.50 |
| Billie D. Salinas | BDS | Associate | 62.00 | 330.00 | 20,460.00 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Postage | | 1.82 |
| Word processing | | 516.00 |
| Outside velobind | | 1.00 |
| Telecopier | | 31.00 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 293.50 |
| Document Reproduction | 0.24  per page based on market not cost | 368.16 |
| Color Document Reproduction | 1.00  per page based on market not cost | 59.00 |
| | Total Expenses | $1,270.48 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: April 16, 2008
Invoice # 1122787

Total Fees ................................................. $37,307.50
Expenses .................................................. $1,270.48
Total Due this Invoice ................................. $38,577.98

## Account Summary

Balance Due from Previous Statement(s) ................................................. $22,424.76
Total Balance Due .......................................................... $61,002.74

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 03/14/08 | 1120945 | 22,424.76 | 0.00 | 22,424.76 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138



# EXHIBIT 7

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

May 16, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1124259
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through April 30, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $12,867.50 |
| Expenses | <u>$20,968.40</u> |
| Total Due This Invoice | $33,835.90 |
| Balance Due from Previous Statement(s) | $38,577.98 |
| Total Balance Due | <u>$72,413.88</u> |

# quinn emanuel trial lawyers

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/01/08 | BDS | Conference call with Jonathan David regarding prior art; conference call with J. Fogarty regarding prior art; review prior art; draft Appendix B for invalidity contentions; internal communication with M. Baily regarding invalidity contentions. | 8.90 |
| 04/01/08 | MJB | Review and revise invalidity contentions. | 2.60 |
| 04/02/08 | BDS | Draft and revise Appendix A and B for invalidity contentions; review invalidity contentions; internal communication with M. Baily regarding invalidity contentions; conference call with J. Fogarty regarding invalidity contentions. | 9.90 |
| 04/02/08 | MJB | Review and revise invalidity contentions; conferences with B. Salinas regarding same; call with defendants' counsel regarding same. | 2.50 |
| 04/03/08 | MJB | Telephone conference with Kristina Maritczak regarding schedule, depositions, etc.; correspondence with Zimmerman regarding same; telephone conference with | 1.10 |
| 04/07/08 | MJB | Review            : revise same. | 0.50 |
| 04/11/08 | MJB | Review materials related to developing non-infringement positions. | 1.40 |
| 04/14/08 | MJB | Review materials related to non-infringement positions. | 0.80 |
| 04/16/08 | BDS | Draft Rule 30(b)(6) Notice. | 0.70 |
| 04/17/08 | BDS | Revise Rule 30(b)(6) notice and circulate to M. Baily for review; correspond with M. Baily regarding 30(b)(6) Notice. | 0.50 |
| 04/20/08 | MJB | Review and revise Eon-Net's draft protective order; correspondence with Zimmerman regarding 30(b)(6) deposition. | 1.60 |
| 04/30/08 | MJB | Telephone conference with defendants' counsel regarding potential | 0.40 |

Total Hours    30.90

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 10.90 | 575.00 | 6,267.50 |
| Billie D. Salinas | BDS | Associate | 20.00 | 330.00 | 6,600.00 |

**quinn emanuel trial lawyers**

May 16, 2008                                                                 Matter # 07903
Page 3                                                                    Invoice # 1124259

## Expense Summary

| Description | | Amount |
|---|---|---:|
| Express mail | | 60.34 |
| Telephone | | 32.94 |
| Word processing | | 18.00 |
| Patent/trademark search | | 20,257.00 |
| Outside velobind | | 1.00 |
| Professional services | | 159.44 |
| Document Reproduction | 0.24   per page based on market not cost | 439.68 |
| | Total Expenses | $20,968.40 |

# quinn emanuel trial lawyers
### quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: May 16, 2008
Invoice # 1124259

Total Fees ................................................. $12,867.50
Expenses ................................................. $20,968.40
Total Due this Invoice ................................. $33,835.90

## Account Summary

Balance Due from Previous Statement(s) .......................................... $38,577.98
Total Balance Due .......................................................... $72,413.88

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 04/16/08 | 1122787 | 38,577.98 | 0.00 | 38,577.98 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138



REMITTANCE

# EXHIBIT 8

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

June 13, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1125895
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through May 31, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $9,507.50 |
| Expenses | <u>$1,242.45</u> |
| Total Due This Invoice | $10,749.95 |

**quinn emanuel trial lawyers**

June 13, 2008                                                                 Matter # 07903
Page 2                                                                        Invoice # 1125895

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/02/08 | MJB | Correspondence with Zimmerman regarding deposition scheduling. | 0.20 |
| 05/05/08 | BDS | Conference with J. Fogarty regarding upcoming preparation and schedule. | 0.20 |
| 05/09/08 | MJB | Telephone conference with counsel for Burlington Coat Factory and J Crew regarding cooperation/coordination. | 0.40 |
| 05/14/08 | MJB | Telephone conference with regarding and upcoming depositions. | 0.20 |
| 05/16/08 | MJB | Correspondence with Zimmerman regarding deposition scheduling. | 0.20 |
| 05/18/08 | JRS | Review correspondence and filings, and emails regarding status and strategy; email regarding same. | 0.50 |
| 05/19/08 | MJB | Review manuals related to | 0.20 |
| 05/20/08 | MJB | Telephone conference with J. Forgarty and B. Salinas regarding claim construction issues. | 0.50 |
| 05/21/08 | BDS | Correspond with M. Bailey regarding subpoena for inventors depositions; review rules governing issuance of subpoena; draft subpoena and request for documents for Catherine Elias and Robert Lech. | 1.60 |
| 05/21/08 | MJB | Telephone conference with Burlington Coat Factory's counsel regarding depositions and : correspondence with Kristina Maritczak regarding depositions and document collection. | 0.50 |
| 05/27/08 | BDS | Conference with M. Baily and J. Fogarty regarding claim construction; conference with M. Baily regarding inventors' deposition subpoenas; revise inventors' deposition subpoenas and draft Notice of Deposition Subpoena; prepare memorandum of conference call. | 2.50 |
| 05/27/08 | MJB | Telephone conference with J. Forgarty and B. Salinas regarding claim construction; revise subpoenas for documents from and deposition of inventors; conferences with B. Salinas regarding same; telephone conference with Kristina Maritczak and Kirkpatrick regarding document collection. | 1.80 |

**quinn emanuel trial lawyers**

June 13, 2008                                                        Matter # 07903
Page 3                                                             Invoice # 1125895

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/28/08 | BDS | Participate in                  conference call; participate in conference call with Kristina Maritczak; correspond with M. Baily regarding inventor subpoenas; draft and revise Notice of Subpoena; correspond with Serverlink (process server). | 2.70 |
| 05/28/08 | MJB | Preliminary telephone conference with Kristina Maritczak, Dufner, and Orlando regarding                  telephone conference with                  regarding | 1.20 |
| 05/29/08 | BDS | Correspond with M. Baily regarding subpoenas of inventors; finalize subpoenas and Notice of subpoenas; correspond with process server regarding contact information for inventor Robert Lech. | 0.50 |
| 05/29/08 | MJB | Telephone conference with Kristina Maritczak, Dufner, and Orlando regarding                  summarize thoughts regarding same; outline | 6.20 |
| 05/30/08 | MJB | Telephone conference with counsel for Burlington Coat Factory regarding deposition preparation and invalidity theories. | 0.20 |

Total Hours     19.60

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jon Steiger | JRS | Partner | 0.50 | 725.00 | 362.50 |
| Melissa Baily | MJB | Partner | 11.60 | 575.00 | 6,670.00 |
| Billie D. Salinas | BDS | Associate | 7.50 | 330.00 | 2,475.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Telephone | | 4.05 |
| Word processing | | 120.00 |
| Outside velobind | | 2.00 |
| Document Reproduction | 0.24   per page based on market not cost | 80.40 |
| Color Document Reproduction | 1.00   per page based on market not cost | 1,036.00 |

Total Expenses     $1,242.45

# quinn emanuel trial lawyers
### quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york
tokyo

### Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: June 13, 2008
Invoice # 1125895

Total Fees .................................................. $9,507.50
Expenses .................................................. $1,242.45
Total Due this Invoice ................................. $10,749.95

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138



# EXHIBIT 9

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

July 14, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1127308
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through June 30, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $48,268.50 |
| Expenses | <u>$4,385.99</u> |
| Total Due This Invoice | $52,654.49 |

July 14, 2008                                                                                   Matter # 07903
Page 2                                                                                  Invoice # 1127308

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/03/08 | BDS | Conference with James Fogarty regarding claim construction and | 0.30 |
| 06/04/08 | BDS | Correspond with M. Baily regarding upcoming conference calls and claim construction; conference call with Kristina Maritczak. | 0.60 |
| 06/06/08 | BDS | Review M. Baily notes from May 29 call with Jason Dufner; conference call with James Fogarty regarding draft memorandum summarizing call with James Fogarty; correspond with M. Baily regarding upcoming conference calls. | 3.40 |
| 06/09/08 | BDS | Prepare interview outline for call with Jason Dufner; conference call with Jason Dufner; draft memorandum of call with Jason Dufner; conference call with James Fogarty; correspond with M. Baily. | 5.10 |
| 06/10/08 | BDS | Conference calls with James Fogarty regarding claim terms; draft proposed claim construction chart; correspond with M. Baily regarding claim construction and draft memorandum of conference call with James Fogarty. | 7.60 |
| 06/11/08 | BDS | Conference call with James Fogarty regarding claim terms; draft Flagstar's claim construction chart; conference call with of Flagstar; draft memorandum regarding same; correspond with regarding | 4.60 |
| 06/12/08 | BDS | Conference call with James Fogarty regarding claim definitions and draft claim construction chart; conference call with Jason Dufner regarding draft memorandum regarding same; prepare memorandum regarding for M. Baily; correspond with M. Baily, and Kristina Maritczak regarding correspond with M. Baily regarding conference calls. | 8.60 |
| 06/12/08 | MJB | Correspondence with Zimmerman regarding protective order and discovery issues. | 0.50 |

July 14, 2008                                                                                    Matter # 07903
Page 3                                                                                           Invoice # 1127308

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/16/08 | BDS | Conference with M. Baily; conference calls with James Fogarty; review memorandum from conference calls with Jason Dufner; draft memorandum regarding _____ ; correspond with M. Baily regarding _____ conference call with _____ regarding _____ | 5.60 |
| 06/16/08 | MJB | Review materials regarding _____ ; prepare for Medina deposition; finalize amended stipulated protective order; correspondence with Zimmerman regarding discovery issues. | 4.00 |
| 06/17/08 | BDS | Draft admissions for inventor deposition; conference call with James Fogarty; correspond with M. Baily; review infringement contentions, patents, and prosecution histories; conference with M. Baily. | 8.30 |
| 06/17/08 | JG | Per Salinas instruction, acquire file history of US Patent _____ | 0.30 |
| 06/17/08 | MJB | Review materials regarding _____ and claim construction positions; meet with B. Salinas regarding same; prepare for Medina deposition; correspondence with Zimmerman regarding discovery issues; telephone conference with Kristina Maritczak regarding deposition and next steps. | 3.00 |
| 06/18/08 | BDS | Conference calls with James Fogarty to discuss deposition preparation; correspond with Jason Dufner; correspond with M. Baily regarding _____ conference call with counsel at Lerner, David, Littenberg, Krumholz & Mentlik, LLP; draft memorandum regarding same; draft memorandum regarding _____ | 7.30 |
| 06/18/08 | MJB | Telephone conference with joint defense group regarding Medina deposition; conferences with B. Salinas regarding same; prepare for same. | 3.00 |
| 06/19/08 | JRS | Review and comment on proposed/draft letter and issue regarding patent file, discovery request for same; conference call regarding preparation and approach for deposition of M. Medina (plaintiff). | 0.80 |
| 06/19/08 | MJB | Telephone conference with Fogarty regarding expert analysis; telephone conference with J. Steiger regarding Medina deposition; prepare for same; serve amended deposition notice; correspondence with Zimmerman regarding discovery issues. | 3.00 |
| 06/20/08 | BDS | Correspond with M. Baily regarding Medina deposition and expert; review deposition exhibits; compile exhibits to send to Eon-Net's counsel and for file; review e-mails regarding potential experts. | 5.40 |

July 14, 2008                                Matter # 07903
Page 4                                       Invoice # 1127308

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/20/08 | MJB | Review materials regarding claim construction positions, patent prosecution histories, etc.; prepare for Medina deposition. | 5.00 |
| 06/22/08 | MJB | Travel from San Francisco to New York; prepare for Medina deposition. | 8.50 |
| 06/23/08 | BDS | Research potential experts; correspond with M. Baily regarding search for experts and deposition. | 0.60 |
| 06/23/08 | JRS | Emails and teleconferences regarding Medina deposition. | 0.50 |
| 06/23/08 | MJB | Prepare for and attend Medina deposition. | 10.20 |
| 06/24/08 | BDS | Research expert witnesses; conference calls with potential expert witnesses; correspond with M. Baily regarding expert witness search; correspond with M.'Baily regarding deposition; summarize information about expert witnesses. | 3.90 |
| 06/24/08 | MJB | Draft summary of Medina deposition; draft declaration regarding Medina's post-deposition comments; meet with outside counsel for J Crew and Burlington regarding joint defense issues. | 4.50 |
| 06/25/08 | BDS | Conference calls with potential expert witnesses; update summary of potential expert witnesses; research expert witnesses; correspond with [ ] regarding expert witnesses; correspond with M. Baily regarding expert witness search. | 2.10 |
| 06/26/08 | BDS | Research expert witnesses; correspond with M. Baily regarding expert witness search; conference call with M. Baily, J. Steiger, and K. Martizcak; correspond with [ ] regarding expert witnesses. | 3.20 |
| 06/26/08 | JRS | Conference call regarding status, deposition result, and next steps and possible strategies; internal office conferences and emails regarding same. | 0.80 |
| 06/27/08 | BDS | Correspond with M. Baily regarding potential expert witness; conference call with potential expert witness | 0.50 |
| 06/30/08 | BDS | Correspond with expert witness search firms; correspond with M. Baily regarding expert witnesses; review materials of potential expert witnesses. | 1.70 |

Total Hours    112.90

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jon Steiger | JRS | Partner | 2.10 | 725.00 | 1,522.50 |
| Melissa Baily | MJB | Partner | 41.70 | 575.00 | 23,977.50 |

July 14, 2008                                                                                    Matter # 07903
Page 5                                                                                          Invoice # 1127308

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billie D. Salinas | BDS | Associate | 68.80 | 330.00 | 22,704.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| James Grossell | JG | Paralegal | 0.30 | 215.00 | 64.50 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Postage | | 27.55 |
| Telephone | | 97.85 |
| Telephone | | 52.17 |
| Word processing | | 156.00 |
| Outside velobind | | 11.00 |
| Outside photocopy | | 42.18 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 153.00 |
| Document Reproduction | 0.24   per page based on market not cost | 3,216.24 |
| Color Document Reproduction | 1.00   per page based on market not cost | 630.00 |
| | Total Expenses | $4,385.99 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

### Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

| | |
|---|---|
| Matter #: 07903 | Total Fees ................................................. $48,268.50 |
| Bill Date: July 14, 2008 | Expenses ................................................... $4,385.99 |
| Invoice # 1127308 | Total Due this Invoice ................................................ $52,654.49 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138


REMITTANCE