# EXHIBIT 10

# quinn emanuel trial lawyers

los angeles
new york
san francisco
silicon valley
london
tokyo

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

August 14, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1128790
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through July 31, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $30,002.00 |
| Expenses | <u>$16,727.47</u> |
| Total Due This Invoice | $46,729.47 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/01/08 | BDS | Conference calls with potential experts; correspond with M. Baily regarding same; review expert witness CVs. | 2.80 |
| 07/01/08 | MJB | Telephone conference with Kristina Maritczak regarding experts, inventor depositions, etc.; conferences with B. Salinas regarding potential experts. | 1.00 |
| 07/02/08 | MJB | Telephone conference with Kristina Maritczak regarding experts, claim construction, etc. | 0.40 |
| 07/03/08 | BDS | Conference calls with potential experts; correspond with M. Baily regarding same; review expert witness CVs; check expert witness references. | 4.20 |
| 07/03/08 | MJB | Conferences with B. Salinas regarding potential experts. | 0.20 |
| 07/07/08 | BDS | Conference calls with Zeger regarding service as expert witness; correspond with M. Baily regarding potential expert witnesses; conference calls with references for potential expert witnesses. | 2.80 |
| 07/07/08 | MJB | Conferences with B. Salinas regarding expert witness issues. | 0.20 |
| 07/08/08 | BDS | Telephone conference with reference for Zeger; telephone conference with Zeger; correspond with M. Baily regarding expert witness search; conference call with potential expert witnesses. | 0.90 |
| 07/09/08 | MJB | Correspondence with Kristina Maritczak regarding deposition and expert discovery issues; telephone conference with Zeger regarding engagement letter and claim construction. | 1.20 |
| 07/10/08 | BDS | Conference call with Lech regarding patents and deposition; correspond with M. Baily regarding same; draft retention letter for Zeger. | 0.70 |
| 07/11/08 | MJB | Telephone conference with Zeger regarding claim construction issues; correspondence with Zimmerman regarding claim terms to be construed. | 2.30 |
| 07/15/08 | MJB | Prepare responses to Eon-Net's claim construction discovery requests. | 2.20 |
| 07/16/08 | MJB | Prepare responses to Eon-Net's claim construction discovery requests. | 2.00 |
| 07/21/08 | MJB | Draft letter to Zimmerman regarding discovery issues; analyze claim construction positions. | 3.60 |

August 14, 2008                                                                                    Matter # 07903
Page 3                                                                                             Invoice # 1128790

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/22/08 | BDS | Conference calls with Lech; correspond with M. Baily regarding same; summarize call with Lech. | 0.90 |
| 07/22/08 | MJB | Telephone conference with Zeger regarding claim construction positions; ;             ; correspondence with Zimmerman regarding deposition scheduling; telephone conference with Kristina Maritczak regarding status. | 4.50 |
| 07/23/08 | MJB | Telephone conference with Zeger regarding claim constructions; ; | 4.60 |
| 07/24/08 | MJB | Telephone conference with Zeger regarding claim constructions; revise and finalize same; serve same. | 3.20 |
| 07/25/08 | BDS | Meet with M. Baily regarding claim construction and Lech; conference call with Lech. | 1.00 |
| 07/25/08 | MJB | Telephone conference with Lech regarding declaration; prepare for Elias deposition. | 1.50 |
| 07/28/08 | BDS | Correspond with M. Baily regarding Elias deposition and call with Lech; conference call with Lech; prepare materials for production. | 0.60 |
| 07/28/08 | MJB | Travel to New Jersey; prepare for Elias deposition. | 8.80 |
| 07/29/08 | MJB | Attend Elias deposition; travel to San Francisco. | 8.50 |

                                                                          Total Hours        58.10

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 44.20 | 575.00 | 25,415.00 |
| Billie D. Salinas | BDS | Associate | 13.90 | 330.00 | 4,587.00 |

### Expense Summary

| Description | Amount |
|-------------|--------|
| Postage | 39.54 |
| Express mail | 505.58 |
| Telecopier | 4.00 |
| Telephone | 8.94 |
| Travel | 91.25 |
| Word processing | 9.00 |

August 14, 2008                                                      Matter # 07903
Page 4                                                              Invoice # 1128790

| | | |
|---|---|---:|
| Hotel | | 1,455.31 |
| Service of process | | 298.00 |
| Patent/trademark search | | 238.00 |
| Outside velobind | | 6.00 |
| Professional services | | 12,205.84 |
| Taxi | | 310.50 |
| Outsourcing Expense | | 70.75 |
| Document Reproduction | 0.24   per page based on market not cost | 1,469.76 |

Litigation Support/Document Management Services:
(Charges based on market not cost)

| Description | Amount |
|---|---:|
| Media Create/Dup @$15-$500/unit | 15.00 |
| **Total Expenses** | **$16,727.47** |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

**Current Invoice Summary**

Matter Name : Eon-Net v. Flagstar

Matter #: 07903                     Total Fees .................................................. $30,002.00
Bill Date: August 14, 2008             Expenses ................................................. $16,727.47
Invoice # 1128790        Total Due this Invoice ................................................ $46,729.47

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138



REMITTANCE

# EXHIBIT 11

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

September 12, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1130277
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through August 31, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $11,299.50 |
| Expenses | <u>$13,825.96</u> |
| Total Due This Invoice | $25,125.46 |
| Balance Due from Previous Statement(s) | $46,729.47 |
| Total Balance Due | <u>$71,854.93</u> |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/05/08 | MJB | Prepare for meeting with Zeger. | 4.70 |
| 08/06/08 | MJB | Meeting with Zeger regarding claim construction expert report. | 6.50 |
| 08/07/08 | MJB | Conferences with Zeger regarding expert report. | 2.60 |
| 08/08/08 | MJB | Conferences with Zeger regarding expert report; serve same. | 3.60 |
| 08/11/08 | MJB | Correspondence with Zimmerman regarding discovery issues. | 0.30 |
| 08/18/08 | BDS | Correspond with M. Baily regarding conference call with Robert Lech; telephone conference with Robert Lech. | 0.30 |
| 08/28/08 | BDS | Conference calls with Robert Lech regarding declaration; correspond with M. Baily regarding declaration; conference call with              regarding status of case. | 3.10 |

Total Hours    21.10

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 17.70 | 575.00 | 10,177.50 |
| Billie D. Salinas | BDS | Associate | 3.40 | 330.00 | 1,122.00 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Postage | 2.10 |
| Telephone | 15.27 |
| Deposition transcript | 2,158.60 |
| Express mail | 144.30 |
| Video deposition | 2,024.05 |
| Telephone | 1.74 |
| Travel | 17.72 |
| Word processing | 36.00 |

| | | |
|---|---|---|
| Hotel | | 385.22 |
| Parking | | 66.00 |
| Outside velobind | | 1.00 |
| Air travel | | 8,941.00 |
| Document Reproduction | 0.24  per page based on market not cost | 12.96 |

Litigation Support/Document Management Services:
(Charges based on market not cost)

| Description | Amount |
|---|---|
| Media Create/Dup @$15-$500/unit | 20.00 |
| Total Expenses | $13,825.96 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: September 12, 2008
Invoice # 1130277

Total Fees ................................................. $11,299.50
Expenses ................................................. $13,825.96
Total Due this Invoice ................................................. $25,125.46

## Account Summary

Balance Due from Previous Statement(s) ................................................. $46,729.47
Total Balance Due ................................................. $71,854.93

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 08/14/08 | 1128790 | 46,729.47 | 0.00 | 46,729.47 |



Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# EXHIBIT 12

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

October 10, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1131740
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through September 30, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $32,444.00 |
| Expenses | $2,529.89 |
| Total Due This Invoice | $34,973.89 |
| Balance Due from Previous Statement(s) | $25,125.46 |
| Total Balance Due | $60,099.35 |

October 10, 2008

Page 2

Matter # 07903

Invoice # 1131740

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/02/08 | MJB | Telephone conference with Zeger regarding prior art reference. | 0.20 |
| 09/04/08 | BDS | Conference with M. Baily regarding status of case and continuation of joint claim chart; file joint stipulation and proposed order; contact and Robert Lech. | 0.60 |
| 09/05/08 | BDS | Conference call with Robert Lech regarding declaration and deposition; correspond with M. Baily regarding call with Lech and stipulation to continue deadline to file joint claim chart; conference call with courtroom clerk regarding stipulation. | 0.70 |
| 09/08/08 | BDS | Confer with M. Baily regarding Robert Lech deposition; conference call with Robert Lech regarding availability for deposition; conference call with regarding status of case and expert report. | 0.50 |
| 09/09/08 | MJB | Research in connection with Claim Construction Brief. | 2.60 |
| 09/10/08 | MJB | Review Eon-Net's expert rebuttal report. | 1.10 |
| 09/11/08 | MJB | Correspondence with Zimmerman regarding supplemental discovery; prepare subpoena on Eon-Net's expert; telephone conference with Zeger regarding Eon-Net's expert rebuttal report; research for motion for sanctions. | 3.10 |
| 09/12/08 | MJB | Research in connection with Claim Construction Brief. | 1.80 |
| 09/15/08 | MJB | Prepare chart containing evidence supporting claim constructions; exchange claim charts with Eon-Net; prepare and file joint claim chart. | 4.60 |
| 09/16/08 | MJB | Research related to claim construction brief. | 4.10 |
| 09/18/08 | MJB | Draft claim construction brief; conference with Zeger regarding rebuttal expert report. | 5.00 |
| 09/19/08 | MJB | Draft claim construction brief. | 6.60 |
| 09/20/08 | MJB | Exchange additional expert discovery; review same. | 2.40 |
| 09/22/08 | JRS | Review draft claim construction brief and note comments and suggested edits to same; prepare email re same; office conferences and emails with M. Baily re same. | 1.50 |
| 09/22/08 | MJB | Revise claim construction brief; draft motion for sanctions; conferences with counsel for Burlington counsel and Zeger regarding same. | 9.00 |
| 09/23/08 | JRS | Review revised drafts of claim construction brief before filing; office conferences and emails re same. | 1.00 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/23/08 | MJB | Revise and finalize claim construction brief and motion for sanctions; conferences with JS and Maritczak regarding same; prepare supporting papers related to same; file same. | 8.90 |
| | | Total Hours | 53.70 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Jon Steiger | JRS | Partner | 2.50 | 760.00 | 1,900.00 |
| Melissa Baily | MJB | Partner | 49.40 | 605.00 | 29,887.00 |
| Billie D. Salinas | BDS | Associate | 1.80 | 365.00 | 657.00 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Postage | | 40.25 |
| Telephone | | 0.64 |
| Express mail | | 48.77 |
| Local travel | | 470.66 |
| Telephone | | 1.42 |
| Word processing | | 291.00 |
| Patent/trademark search | | 286.75 |
| Outside velobind | | 2.00 |
| Air travel | | -1,211.50 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 1,417.50 |
| Document Reproduction | 0.24 per page based on market not cost | 1,031.28 |
| Color Document Reproduction | 1.00 per page based on market not cost | 1.00 |

Litigation Support/Document Management Services:
(Charges based on market not cost)

| Description | Amount |
|-------------|--------|
| Other Lit Support Services | 95.63 |
| Image Endorsement @ $0.06/pg | 21.99 |

October 10, 2008
Page 4

Matter # 07903
Invoice # 1131740

Litigation Support/Document Management Services:
(Charges based on market not cost)

| Description | Amount |
|---|---|
| Media Create/Dup @$15-$500/unit | 32.50 |
| Total Expenses | $2,529.89 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: October 10, 2008
Invoice # 1131740

Total Fees ................................................. $32,444.00
Expenses ..................................................... $2,529.89
Total Due this Invoice ................................................. $34,973.89

## Account Summary

Balance Due from Previous Statement(s) ......................................................... $25,125.46
Total Balance Due ......................................................... $60,099.35

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/12/08 | 1130277 | 25,125.46 | 0.00 | 25,125.46 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# EXHIBIT 13

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

November 13, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1133561
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through October 31, 2008 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $45,547.50 |
| Expenses | <u>$5,032.87</u> |
| Total Due This Invoice | $50,580.37 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/08 | MJB | Research in connection with responsive claim construction brief; draft same. | 5.70 |
| 10/04/08 | MJB | Draft responsive claim construction brief. | 5.90 |
| 10/05/08 | MJB | Draft responsive claim construction brief. | 8.80 |
| 10/06/08 | MJB | Revise and finalize responsive claim construction brief and supporting papers. | 9.60 |
| 10/20/08 | MJB | Finalize and submit binders of exhibits for claim construction hearing. | 1.00 |
| 10/21/08 | BDS | Research regarding new arguments raised in Eon-Net's responsive brief. | 0.70 |
| 10/22/08 | MJB | Review opposition to motion for sanctions; research in connection with reply to same. | 2.20 |
| 10/23/08 | BDS | Draft reply brief on sanctions; correspondence with M. Baily regarding same. | 6.90 |
| 10/23/08 | MJB | Draft, reply brief on sanctions; correspondence with M. Baily regarding same. | 4.80 |
| 10/24/08 | MJB | Prepare for claim construction hearing. | 3.30 |
| 10/25/08 | MJB | Revise powerpoint presentation; prepare for claim construction hearing. | 8.70 |
| 10/26/08 | MJB | Finalize powerpoint presentation; correspondence with McWilliam regarding same; prepare for claim construction hearing; travel from San Francisco to Seattle. | 11.30 |
| 10/27/08 | MJB | Prepare for and attend claim construction hearing; conferences with J. Steiger and C. Verhoeven regarding same; travel from Seattle to San Francisco. | 8.90 |
| 10/30/08 | MJB | Review letter filed by Zimmerman; correspondence with Keller, McWilliam, J. Steiger, and Kristina Maritczak regarding same. | 0.50 |
| | | Total Hours | 78.30 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 70.70 | 605.00 | 42,773.50 |
| Billie D. Salinas | BDS | Associate | 7.60 | 365.00 | 2,774.00 |

November 13, 2008                                                                          Matter # 07903
Page 3                                                                              Invoice # 1133561

## Expense Summary

| Description | | Amount |
|---|---|---|
| Express mail | | 230.96 |
| Telephone | | 2.10 |
| Word processing | | 27.00 |
| Hotel | | 325.98 |
| Parking | | 40.00 |
| Witness interview meal | | 134.60 |
| Outside velobind | | 8.00 |
| Professional services | | 0.64 |
| Taxi | | 90.00 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 1,953.83 |
| Document Reproduction | 0.24  per page based on market not cost | 2,123.76 |
| Color Document Reproduction | 1.00  per page based on market not cost | 96.00 |
| | Total Expenses | $5,032.87 |

**quinn emanuel trial lawyers**
quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903                Total Fees .................................................. $45,547.50
Bill Date: November 13, 2008          Expenses ................................................... $5,032.87
Invoice # 1133561          Total Due this Invoice ................................................. $50,580.37

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

REMITTANCE

# EXHIBIT 14

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

December 16, 2008

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1136358
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through November 30, 2008 in connection with defense of patent infrigement
lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $5,772.50 |
| Expenses | <u>$1,618.18</u> |
| Total Due This Invoice | $7,390.68 |

December 16, 2008                                                                      Matter # 07903
Page 2                                                                                Invoice # 1136358

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/16/08 | MJB | Research in connection with supplemental briefing on claim construction. | 2.10 |
| 11/17/08 | BDS | Correspond with Jonathan David regarding status of case for Burlington Coat Factory. | 0.20 |
| 11/17/08 | MJB | Draft supplemental briefing on claim construction. | 2.50 |
| 11/18/08 | BDS | Correspond with Jonathan David regarding status of case for Burlington Coat Factory. | 0.20 |
| 11/18/08 | MJB | Revise, finalize, and file supplemental briefing on claim construction. | 0.90 |
| 11/20/08 | MJB | Correspondence with Steiger, Kristina Maritczak, and McWilliam regarding Eon-Net's supplemental brief. | 0.10 |
| 11/21/08 | MJB | Draft motion for leave and response to Eon-Net's supplemental brief. | 2.60 |
| 11/24/08 | MJB | Revise and file motion for leave and response to Eon-Net's supplemental brief. | 1.10 |
| | | Total Hours | 9.70 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 9.30 | 605.00 | 5,626.50 |
| Billie D. Salinas | BDS | Associate | 0.40 | 365.00 | 146.00 |

### Expense Summary

| Description | Amount |
|-------------|--------|
| Word processing | 6.00 |
| Hotel | 316.89 |
| Parking | 38.00 |
| Taxi | 46.00 |
| Hearing meal | 7.01 |
| Air travel | 644.00 |

December 16, 2008                                                                        Matter # 07903
Page 3                                                                                    Invoice # 1136358

| | | |
|---|---|---:|
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 495.00 |
| Document Reproduction | 0.24   per page based on market not cost | 65.28 |
| | Total Expenses | $1,618.18 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: December 16, 2008
Invoice # 1136358

Total Fees ............................................................. $5,772.50
Expenses ............................................................. $1,618.18
Total Due this Invoice ...................................... $7,390.68

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

# EXHIBIT 15

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

January 14, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1137410
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through December 31, 2008 in connection with defense of patent infrigement
lawsuit relating to a patent for information processing technology.

|  |  |
|---|---:|
| Fees | $7,865.00 |
| Expenses | <u>$9,267.34</u> |
| Total Due This Invoice | $17,132.34 |
| Balance Due from Previous Statement(s) | $7,390.68 |
| Total Balance Due | <u>$24,523.02</u> |

January 14, 2009                                                    Matter # 07903
Page 2                                                             Invoice # 1137410

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/01/08 | MJB | Research regarding issues associated with renewed motion for Rule 11 sanctions (i.e., ). | 1.30 |
| 12/02/08 | MJB | Review opposition to motion for leave to file response to Eon-Net's supplemental brief. | 0.90 |
| 12/03/08 | MJB | Research in connection with reply brief on motion for leave. | 1.20 |
| 12/04/08 | MJB | Draft reply brief on motion for leave. | 3.80 |
| 12/15/08 | MJB | Revise reply brief on motion for leave; research regarding issues associated with post claim construction ruling Rule 11 brief and/or request for fees under section 285. | 1.30 |
| 12/22/08 | MJB | Correspondence with Zimmerman regarding proposed revision to schedule; draft and serve deposition notices and document requests. | 3.00 |
| 12/24/08 | MJB | Draft responses and objections to Eon-Net's non-claim construction discovery requests. | 1.50 |
| | | Total Hours | 13.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 13.00 | 605.00 | 7,865.00 |

## Expense Summary

| Description | | Amount |
|-------------|---|--------|
| Video deposition | | 490.00 |
| Professional services | | 8,751.42 |
| Document Reproduction | 0.24 per page based on market not cost | 25.92 |
| | Total Expenses | $9,267.34 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: January 14, 2009
Invoice # 1137410

Total Fees ............................................... $7,865.00
Expenses ................................................ $9,267.34
Total Due this Invoice ........................... $17,132.34

## Account Summary

Balance Due from Previous Statement(s) ........................................ **$7,390.68**
Total Balance Due ................................................................. **$24,523.02**

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 12/16/08 | 1136358 | 7,390.68 | 0.00 | 7,390.68 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

REMITTANCE