# EXHIBIT 16

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

February 18, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1139176
Responsible Attorney: Jon Steiger

Eon-Net v. Flagstar

For Professional Services through January 31, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $3,234.50 |
| Expenses | $352.25 |
| Total Due This Invoice | $3,586.75 |
| Balance Due from Previous Statement(s) | $24,523.02 |
| Total Balance Due | $28,109.77 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/07/09 | MJB | Correspondence with Zimmerman regarding discovery. | 0.20 |
| 01/12/09 | BDS | Correspond with MJB regarding Notice of Supplemental Authority; review local rules, federal rules, and standing order regarding submission of supplemental authority; draft, finalize, and file Notice of Supplemental Authority. | 1.90 |
| 01/12/09 | MJB | Correspondence with Zimmerman regarding schedule; correspondence with Maritczak and McWilliam regarding supplemental authority; review notice of supplemental authority regarding motion for sanctions. | 0.50 |
| 01/28/09 | MJB | Draft and finalize objections to Eon-Net's second set of non-claim construction discovery. | 3.50 |
| | | Total Hours | 6.10 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 4.20 | 605.00 | 2,541.00 |
| Billie D. Salinas | BDS | Associate | 1.90 | 365.00 | 693.50 |

### Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Attorney service | | 161.00 |
| Telephone | | 2.41 |
| Word processing | | 12.00 |
| Professional services | | 4.64 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 88.20 |
| Document Reproduction | 0.24 per page based on market not cost | 84.00 |
| | Total Expenses | $352.25 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

| | | |
|---|---|---|
| Matter #: 07903 | Total Fees | $3,234.50 |
| Bill Date: February 18, 2009 | Expenses | $352.25 |
| Invoice # 1139176 | Total Due this Invoice | $3,586.75 |

## Account Summary

Balance Due from Previous Statement(s) ........................................ **$24,523.02**

Total Balance Due ........................................ **$28,109.77**

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|
| 12/16/08 | 1136358 | 7,390.68 | 0.00 | 7,390.68 |
| 01/14/09 | 1137410 | 17,132.34 | 0.00 | 17,132.34 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

# EXHIBIT 17

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
london
tokyo

March 16, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1140086
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through February 28, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $1,599.00 |
| Expenses | $587.79 |
| Total Due This Invoice | $2,186.79 |
| Balance Due from Previous Statement(s) | $3,586.75 |
| Total Balance Due | $5,773.54 |

March 16, 2009                                                                      Matter # 07903
Page 2                                                                        Invoice # 1140086

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/06/09 | BDS | Correspond with M. Baily regarding production of prior art; coordinate bates labeling and production of same. | 0.30 |
| 02/09/09 | BDS | Review production of prior art; draft correspondence to Zimmerman regarding same; finalize and produce prior art. | 0.60 |
| 02/23/09 | MJB | Correspondence with Zimmerman regarding schedule; review Eon-Net document production. | 2.10 |
| | | Total Hours | 3.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 2.10 | 605.00 | 1,270.50 |
| Billie D. Salinas | BDS | Associate | 0.90 | 365.00 | 328.50 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Express mail | | 51.85 |
| Telephone | | 0.26 |
| Document Reproduction | 0.24  per page based on market not cost | 535.68 |
| | Total Expenses | $587.79 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: March 16, 2009
Invoice # 1140086

Total Fees .......................................................... $1,599.00
Expenses .......................................................... $587.79
Total Due this Invoice ........................................... $2,186.79

## Account Summary

Balance Due from Previous Statement(s) .......................................... **$3,586.75**
Total Balance Due ................................................................ **$5,773.54**

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 02/18/09 | 1139176 | 3,586.75 | 0.00 | 3,586.75 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# EXHIBIT 18

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

April 20, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1141140
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through March 31, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $22,048.00 |
| Expenses | <u>$1,423.10</u> |
| Total Due This Invoice | $23,471.10 |
| Balance Due from Previous Statement(s) | $2,186.79 |
| Total Balance Due | <u>$25,657.89</u> |

April 20, 2009                                                           Matter # 07903
Page 2                                                                   Invoice # 1141140

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/04/09 | MJB | Review and analyze order on claim construction; correspondence regarding same; conference with CKV regarding same. | 3.40 |
| 03/05/09 | BL | Review audit letter request, compile information regarding same; correspondence with E. Smith, M. Baily, D. Azar and J. Steiger regarding same. | 2.00 |
| 03/05/09 | DEA | Review prior audit letters; emails regarding same and information to be updated; prepare update of Excel and Bennett cases for audit response; review draft audit letter. | 0.80 |
| 03/05/09 | MJB | Analysis regarding possible motion for [ ] request for consent judgment regarding non-infringement, etc.; correspondence regarding same. | 3.70 |
| 03/06/09 | BL | Revise audit letter response; conferences and correspondence regarding same. | 1.80 |
| 03/06/09 | DEA | Review revised audit response letter; review, revise, and finalize same. | 0.60 |
| 03/06/09 | MJB | Analysis with respect to Eon-Net's request for consent judgment regarding non-infringement; research regarding exceptional case / Rule 11 motion in connection with [ ]; research in connection with Section 285 exceptional case motion. | 3.80 |
| 03/09/09 | BL | Finalize audit response; correspondence regarding same. | 0.50 |
| 03/11/09 | MJB | Correspondence regarding consent to judgment regarding non-infringement. | 0.30 |
| 03/15/09 | MJB | Research regarding motion for attorneys' fees. | 5.80 |
| 03/16/09 | MJB | Review draft stipulation to non-infringement; correspondence with Maritczak regarding same. | 0.40 |
| 03/18/09 | MJB | Research in connection with motion for attorneys' fees. | 4.80 |
| 03/19/09 | MJB | Research and draft motion for attorneys' fees. | 5.60 |
| 03/23/09 | MJB | Draft and circulate revised stipulation of non-infringement; draft motion for attorneys' fees. | 5.50 |
| 03/27/09 | MJB | Finalize stipulation of non-infringement; correspondence with Zimmerman regarding same. | 0.20 |

Total Hours    39.20

April 20, 2009                                                                                    Matter # 07903
Page 3                                                                                            Invoice # 1141140

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa Baily | MJB | Partner | 33.50 | 605.00 | 20,267.50 |
| David E. Azar | DEA | Counsel | 1.40 | 550.00 | 770.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barry Lipsky | BL | Paralegal | 4.30 | 235.00 | 1,010.50 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Telephone | | 0.97 |
| Word processing | | 3.00 |
| Telecopier | | 8.00 |
| Westlaw | (based on standard Westlaw or Lexis, without any applicable discount) | 1,276.25 |
| Document Reproduction | 0.24  per page based on market not cost | 134.88 |
| | Total Expenses | $1,423.10 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: April 20, 2009
Invoice # 1141140

Total Fees ................................................ $22,048.00
Expenses ................................................ $1,423.10
Total Due this Invoice ................................................ $23,471.10

## Account Summary

Balance Due from Previous Statement(s) ................................................ **$2,186.79**
Total Balance Due ................................................ **$25,657.89**

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|
| 03/16/09 | 1140086 | 2,186.79 | 0.00 | 2,186.79 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# EXHIBIT 19

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

May 14, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1141885
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through April 30, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $9,318.00 |
| Expenses | <u>$550.58</u> |
| Total Due This Invoice | $9,868.58 |
| Balance Due from Previous Statement(s) | $25,657.89 |
| Total Balance Due | <u>$35,526.47</u> |

May 14, 2009                                                                            Matter # 07903
Page 2                                                                              Invoice # 1141885

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/06/09 | JRS | Emails and office conferences regarding dismissal, judgment, motion for fees. | 0.30 |
| 04/13/09 | MJB | Revise motion for attorneys' fees and supporting papers. | 3.80 |
| 04/14/09 | MJB | Revise motion for attorneys' fees and supporting papers. | 4.10 |
| 04/14/09 | RHS | Legal research regarding suspension of appeal pending resolution of fees motion; prepare email summarizing same; exchange emails with M. Baily regarding same; telephone call with M. baily regarding same. | 0.50 |
| 04/16/09 | RHS | Prepare motion for attorneys' fees for filing; review exhibits for same; exchange emails with M. Baily regarding same; exchange emails and telephone calls with local counsel regarding procedures for filing documents under seal. | 1.20 |
| 04/17/09 | MJB | Correspondence with R. Smith regarding motion for fees. | 0.40 |
| 04/18/09 | RHS | Proofread motion for attorneys' fees and accompanying declaration. | 0.80 |
| 04/20/09 | RHS | Prepare motion for fees for filing; finalize motion, declarations, and exhibits; legal research regarding appeal deadlines; exchange emails with M. Baily regarding motion for fees and appeal deadlines; exchange emails with local counsel regarding filing under seal. | 3.40 |
| 04/22/09 | RHS | Prepare, file, and serve motion for fees and supporting documents; prepare emails to M. Baily, local counsel, and opposing counsel regarding same. | 1.60 |
| 04/24/09 | RHS | Prepare letter to Federal Circuit regarding motion for fees; discussions with M. Baily regarding same. | 0.40 |
| 04/27/09 | RHS | Prepare Docketing Statement, Entries of Appearance, and Certificate of Interest. | 0.70 |
| 04/28/09 | RHS | Revise Docketing Statement, Entry of Appearance, and Certificate of Interest; discussion with M. Baily regarding same; prepare letter to Federal Circuit enclosing same. | 0.30 |
| 04/30/09 | RHS | Prepare, file, and serve opposition to request for extension of time; exchange emails with M. Baily regarding same. | 1.40 |
| | | Total Hours | 18.90 |

## Fee Summary

May 14, 2009
Page 3

Matter # 07903
Invoice # 1141885

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|---------|-------|--------|----------|
| Jon Steiger | JRS | Partner | 0.30 | 760.00 | 228.00 |
| Melissa Baily | MJB | Partner | 8.30 | 605.00 | 5,021.50 |
| Rachel Smith | RHS | Attorney | 10.30 | 395.00 | 4,068.50 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Telephone | | 2.06 |
| Word processing | | 105.00 |
| Outside velobind | | 2.00 |
| Professional services | | 4.16 |
| Outside photocopy | | 16.01 |
| Document Reproduction | 0.24 per page based on market not cost | 421.35 |
| | Total Expenses | $550.58 |

# quinn emanuel trial lawyers
### quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

| | |
|---|---|
| Matter #: 07903 | Total Fees ........................................................ $9,318.00 |
| Bill Date: May 14, 2009 | Expenses ......................................................... $550.58 |
| Invoice # 1141885 | Total Due this Invoice ................................... $9,868.58 |

## Account Summary

Balance Due from Previous Statement(s) ........................................ **$25,657.89**

Total Balance Due ........................................................................ **$35,526.47**

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 03/16/09 | 1140086 | 2,186.79 | 0.00 | 2,186.79 |
| 04/20/09 | 1141140 | 23,471.10 | 0.00 | 23,471.10 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

REMITTANCE

# EXHIBIT 20

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

June 12, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1143372
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through May 31, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $7,018.00 |
| Expenses | <u>$261.56</u> |
| Total Due This Invoice | $7,279.56 |

June 12, 2009                                                    Matter # 07903
Page 2                                                          Invoice # 1143372

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/04/09 | MJB | Review opposition to motion for attorneys' fees and cases cited therein. | 1.60 |
| 05/05/09 | MJB | Draft reply on motion for attorneys' fees. | 2.50 |
| 05/06/09 | MJB | Draft reply on motion for attorneys' fees. | 0.90 |
| 05/08/09 | MJB | Finalize, file, and serve reply on motion for attorneys' fees. | 1.40 |
| 05/11/09 | MJB | Review Eon-Net's sur-reply on motion for attorneys' fees. | 1.10 |
| 05/12/09 | MJB | Telephone conference with Maritczak regarding motion to strike; correspondence with McWilliam regarding same; draft and file notice of intent to file motion to strike. | 0.80 |
| 05/13/09 | MJB | Draft, revise, and file motion to strike Eon-Net's sur-reply on motion for attorneys' fees. | 1.70 |
| 05/15/09 | MJB | Review correspondence from Zimmerman regarding appeal, appendix, etc. | 0.30 |
| 05/18/09 | MJB | Select documentS for inclusion in appendix on appeal. | 1.30 |
|  |  | Total Hours | 11.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 11.60 | 605.00 | 7,018.00 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Express mail | | 55.44 |
| Telephone | | 0.10 |
| Word processing | | 18.00 |
| Online Research | (based on standard Westlaw or Lexis, without any applicable discount) | 146.50 |
| Document Reproduction | 0.24 per page based on market not cost | 41.52 |
|  | Total Expenses | $261.56 |

# quinn emanuel trial lawyers
quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903                  Total Fees .................................................. $7,018.00
Bill Date: June 12, 2009          Expenses ................................................... $261.56
Invoice # 1143372        Total Due this Invoice ................................... $7,279.56

## Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

REMITTANCE

# EXHIBIT 21

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

July 10, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1144261
Responsible Attorney: Jon Steiger

Eon-Net v. Flagstar

For Professional Services through June 30, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $1,210.00 |
| Expenses | $8.38 |
| Total Due This Invoice | $1,218.38 |

**quinn emanuel trial lawyers**

July 10, 2009
Page 2

Matter # 07903
Invoice # 1144261

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/02/09 | MJB | Joint preparation of Appendix for appeal. | 1.20 |
| 06/08/09 | MJB | Correspondence with Zimmerman regarding appeal. | 0.80 |
| | | Total Hours | 2.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 2.00 | 605.00 | 1,210.00 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Telephone | | 1.18 |
| Document Reproduction | 0.24  per page based on market not cost | 7.20 |
| | Total Expenses | $8.38 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

**Current Invoice Summary**

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: July 10, 2009
Invoice # 1144261

Total Fees ................................................. $1,210.00
Expenses ...................................................... $8.38
Total Due this Invoice ................................. $1,218.38

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

REMITTANCE