# EXHIBIT 22

**quinn emanuel trial lawyers**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

September 14, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1146698
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through August 31, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $968.00 |
| Expenses | <u>$6.00</u> |
| Total Due This Invoice | $974.00 |

**quinn emanuel trial lawyers**

September 14, 2009
Page 2

Matter # 07903
Invoice # 1146698

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/03/09 | MJB | Correspondence with Zimmerman regarding status of appeal. | 0.80 |
| 08/10/09 | MJB | Review                                    in connection with appeal of claim constuction order. | 0.80 |
| | | Total Hours | 1.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 1.60 | 605.00 | 968.00 |

## Expense Summary

| Description | | Amount |
|-------------|---|--------|
| Document Reproduction | 0.24   per page based on market not cost | 6.00 |
| | Total Expenses | $6.00 |

# quinn emanuel trial lawyers
### quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903
Bill Date: September 14, 2009
Invoice # 1146698

Total Fees ......................................................... $968.00
Expenses ........................................................... $6.00
Total Due this Invoice ..................................... $974.00

## Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

# EXHIBIT 23

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

October 14, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1147735
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through September 30, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | <u>$121.00</u> |
| Total Due This Invoice | $121.00 |

October 14, 2009                                                          Matter # 07903
Page 2                                                                   Invoice # 1147735

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/11/09 | MJB | Review correspondence from Zimmerman to Federal Circuit regarding schedule. | 0.20 |
| | | Total Hours | 0.20 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 0.20 | 605.00 | 121.00 |

# quinn emanuel trial lawyers
quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

Matter #: 07903                     Total Fees ...................................................... $121.00
Bill Date: October 14, 2009
Invoice # 1147735                   Total Due this Invoice ................................................. $121.00

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017

Pay direct to:                      City National Bank
                                    555 South Flower St., 18th Floor
                                    Los Angeles, CA  90071
Account Info:                       Quinn Emmanuel Urquhart Oliver & Hedges LLP
Bank Account                        Deposit Account #210032347
No.:
Bank ABA No.:                       1220-16066
Swift Code:                         CINAUS6L
References:                          Client name, matter number and/or invoice number

# EXHIBIT 24

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

December 9, 2009

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1149771
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through November 30, 2009 in connection with defense of patent infrigement lawsuit relating to a patent for information processing technology.

| | |
|---|---|
| Fees | $484.00 |
| Expenses | $0.24 |
| Total Due This Invoice | $484.24 |

December 9, 2009                                                Matter # 07903
Page 2                                                    Invoice # 1149771

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/06/09 | MJB | Review correspondence from Zimmerman to Federal Circuit regarding status of motion regarding fees; correspondence with McWilliams same. | 0.80 |
| | | Total Hours | 0.80 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 0.80 | 605.00 | 484.00 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Document Reproduction | 0.24  per page based on market not cost | 0.24 |
| | Total Expenses | $0.24 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

| | |
|---|---|
| Matter #: 07903 | Total Fees ................................................. $484.00 |
| Bill Date: December 9, 2009 | Expenses ................................................. $0.24 |
| Invoice # 1149771 | Total Due this Invoice ............................ $484.24 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017

Pay direct to:                            City National Bank
                                          555 South Flower St., 18th Floor
                                          Los Angeles, CA  90071
Account Info:                             Quinn Emmanuel Urquhart Oliver & Hedges LLP
Bank Account                              Deposit Account #210032347
No.:
Bank ABA No.:                             1220-16066
Swift Code:                               CINAUS6L
References:                               Client name, matter number and/or invoice number

REMITTANCE

# EXHIBIT 25

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

January 14, 2010

Kristina D. Maritczak
Vice President
Flagstar Bank
Legal Department
5151 Corporate Drive
Troy, MI 48098

Matter # : 07903
Invoice # : 1151033
Responsible Attorney: Jon Steiger

<u>Eon-Net v. Flagstar</u>

For Professional Services through December 31, 2009 in connection with defense of patent infrigement
lawsuit relating to a patent for information processing technology.

|  |  |
|---|---|
| Fees | $605.00 |
| Expenses | <u>$0.66</u> |
| Total Due This Invoice | $605.66 |

# quinn emanuel trial lawyers

January 14, 2010                                                                  Matter # 07903
Page 2                                                                            Invoice # 1151033

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/21/09 | MJB | Telephone conference with McWilliam regarding contacting Judge Martinez's chambers; telephone conference with law clerk; review and circulate correspondence from law clerk regarding same. | 0.40 |
| 12/23/09 | MJB | Review Eon-Net's submission of supplemental authorities; correspondence with JS, Maritczak, McWilliam regarding same. | 0.60 |
| | | Total Hours | 1.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Melissa Baily | MJB | Partner | 1.00 | 605.00 | 605.00 |

## Expense Summary

| Description | | | Amount |
|-------------|---|---|--------|
| Telephone | | | 0.18 |
| Document Reproduction | 0.24 | per page based on market not cost | 0.48 |
| | | Total Expenses | $0.66 |

# quinn emanuel trial lawyers
quinn emanuel urquhart oliver & hedges, llp

los angeles
new york
san francisco
silicon valley
chicago
london
tokyo

## Current Invoice Summary

Matter Name : Eon-Net v. Flagstar

| | | |
|---|---|---|
| Matter #: 07903 | Total Fees | $605.00 |
| Bill Date: January 14, 2010 | Expenses | $0.66 |
| Invoice # 1151033 | Total Due this Invoice | $605.66 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017

Pay direct to:

City National Bank
555 South Flower St., 18th Floor
Los Angeles, CA  90071
Quinn Emanuel Urquhart Oliver & Hedges LLP
Deposit Account #210032347

Account Info:
Bank Account
No.:
Bank ABA No.:          1220-16066
Swift Code:             CINAUS6L
References:             Client name, matter number and/or invoice number