# EXHIBIT 26

# Byrnes & Keller LLP
### LAWYERS

TELEPHONE  
(206) 622-2000

38TH FLOOR  
1000 SECOND AVENUE  
SEATTLE, WASHINGTON 98104

FACSIMILE  
(206) 622-2522

FLAGSTAR BANK  
WEST COAST OPERATIONS CENTER  
10900 NE 8TH STREET, SUITE 400  
BELLEVUE   WA   98004

ATTN: KRISTINA D. MARITCZAK

01/01/2008

863-0001Z

TAX I.D. NO. 91-1253283

FOR PROFESSIONAL SERVICES

RE: EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)

| | | |
|---|---|---|
| FOR SERVICES RENDERED (per attached detail) | $ | 397.50 |
| EXPENSES | | 33.00 |
| TOTAL | $ | 430.50 |
| PREVIOUS BALANCE | | 0.00 |
| PAYMENTS | | 0.00 |
| BALANCE DUE | $ | 430.50 |

PLEASE RETURN ENCLOSED COPY WITH REMITTANCE

```
                                                     Page: 1
FLAGSTAR BANK                                        01/01/2008
WEST COAST OPERATIONS CENTER               ACCOUNT NO: 863-0001Z
10900 NE 8TH STREET, SUITE 400             STATEMENT NO:      14
BELLEVUE  WA  98004

ATTN: KRISTINA D. MARITCZAK


RE:  EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)
```

|  |  | HOURS |  |
|---|---|---|---|
| 11/02/07 BSK | Review federal circuit opinion. | 0.50 | |
| 11/07/07 JMM | Review court's order re status conference; email clients; review and respond to email from client. | 0.20 | |
| 12/07/07 JMM | Review court order; review local rules; draft email to Baily re case management conference. | 0.80 | |
|  | FOR SERVICES RENDERED | 1.50 | 397.50 |

```
                         RECAPITULATION
    TIMEKEEPER                HOURS  HOURLY RATE     TOTAL
    BRADLEY S. KELLER          0.50     $365.00     $182.50
    JOFREY M. MCWILLIAM        1.00      215.00      215.00
```

| 12/31/07 | Duplicating | 33.00 |
|---|---|---|
|  | EXPENSES | 33.00 |
|  | TOTAL | 430.50 |
|  | BALANCE DUE | $430.50 |

# EXHIBIT 27

# BYRNES & KELLER LLP
### LAWYERS

TELEPHONE  
(206) 622-2000

38TH FLOOR  
1000 SECOND AVENUE  
SEATTLE, WASHINGTON 98104

FACSIMILE  
(206) 622-2522

FLAGSTAR BANK  
WEST COAST OPERATIONS CENTER  
10900 NE 8TH STREET, SUITE 400  
BELLEVUE  WA   98004

ATTN: KRISTINA D. MARITCZAK

06/01/2008

863-0001Z

TAX I.D. NO. 91-1253283

FOR PROFESSIONAL SERVICES

RE: EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)

| | |
|---|---|
| FOR SERVICES RENDERED (per attached detail) | $ 150.50 |
| EXPENSES | 32.85 |
| TOTAL | $ 183.35 |
| PREVIOUS BALANCE | 0.00 |
| PAYMENTS | 0.00 |
| BALANCE DUE | $ 183.35 |

PLEASE RETURN ENCLOSED COPY WITH REMITTANCE.

```
                                                        Page: 1
FLAGSTAR BANK                                         06/01/2008
WEST COAST OPERATIONS CENTER                ACCOUNT NO: 863-0001Z
10900 NE 8TH STREET, SUITE 400              STATEMENT NO:     17
BELLEVUE  WA  98004

ATTN: KRISTINA D. MARITCZAK


RE:  EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)
```

|            |     |                                                      | HOURS |        |
|------------|-----|------------------------------------------------------|-------|--------|
| 03/11/08   | JMM | Review emails re expert; telephone                   | 0.30  |        |
| 03/12/08   | JMM | Telephone conference with       email Baily re same. | 0.40  |        |
|            |     | FOR SERVICES RENDERED                                | 0.70  | 150.50 |

RECAPITULATION

| TIMEKEEPER           | HOURS | HOURLY RATE | TOTAL    |
|----------------------|-------|-------------|----------|
| JOFREY M. MCWILLIAM  | 0.70  | $215.00     | $150.50  |

| 03/31/08 | Duplicating |       7.50 |
|----------|-------------|------------|
| 05/31/08 | Duplicating |      25.35 |
|          | EXPENSES    |      32.85 |
|          | TOTAL       |     183.35 |
|          | BALANCE DUE |    $183.35 |

# EXHIBIT 28

# BYRNES & KELLER LLP
## LAWYERS

| | | |
|---|---|---|
| TELEPHONE<br>(206) 622-2000 | 38TH FLOOR<br>1000 SECOND AVENUE<br>SEATTLE, WASHINGTON 98104 | FACSIMILE<br>(206) 622-2522 |

FLAGSTAR BANK  
WEST COAST OPERATIONS CENTER  
10900 NE 8TH STREET, SUITE 400  
BELLEVUE  WA  98004  

ATTN: KRISTINA D. MARITCZAK

10/01/2008

863-0001Z

TAX I.D. NO. 91-1253283

FOR PROFESSIONAL SERVICES

RE: EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)

| | | |
|---|---|---:|
| FOR SERVICES RENDERED (per attached detail) | $ | 237.00 |
| EXPENSES | | 477.30 |
| TOTAL | $ | 714.30 |
| PREVIOUS BALANCE | | 0.00 |
| PAYMENTS | | 0.00 |
| BALANCE DUE | $ | 714.30 |

PLEASE RETURN ENCLOSED COPY WITH REMITTANCE

```
                                                          Page: 1
FLAGSTAR BANK                                          10/01/2008
WEST COAST OPERATIONS CENTER              ACCOUNT NO: 863-0001Z
10900 NE 8TH STREET, SUITE 400            STATEMENT NO:       19
BELLEVUE   WA   98004

ATTN: KRISTINA D. MARITCZAK


RE:   EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)


                                                         HOURS
09/23/08  JMM  Review and respond to emails from Baily re
               filing.                                    0.20

09/24/08  KEJ  Prepare exhibits to defendant Flagstar's
               opening claim construction brief.          0.10
          BSK  Review claim construction briefing and
               sanctions motion.                          0.50
                                                         _____  _____
               FOR SERVICES RENDERED                      0.80   237.00

                     RECAPITULATION
      TIMEKEEPER                   HOURS  HOURLY RATE    TOTAL
      BRADLEY S. KELLER             0.50    $365.00     $182.50
      JOFREY M. MCWILLIAM           0.20     215.00       43.00
      KIMBERLY E. JOHNSTON          0.10     115.00       11.50


09/30/08       Duplicating                                477.30
                                                         _____
               EXPENSES                                   477.30

               TOTAL                                      714.30


               BALANCE DUE                               $714.30
```

# EXHIBIT 29

**BYRNES & KELLER** LLP
LAWYERS

| | | |
|---|---|---|
| TELEPHONE<br>(206) 622-2000 | 38TH FLOOR<br>1000 SECOND AVENUE<br>SEATTLE, WASHINGTON 98104 | FACSIMILE<br>(206) 622-2522 |

```
FLAGSTAR BANK                                          11/01/2008
WEST COAST OPERATIONS CENTER
10900 NE 8TH STREET, SUITE 400                         863-0001Z
BELLEVUE   WA   98004

     ATTN: KRISTINA D. MARITCZAK             TAX I.D. NO. 91-1253283
```

FOR PROFESSIONAL SERVICES

RE: EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)

| | | |
|---|---|---:|
| FOR SERVICES RENDERED (per attached detail) | $ | 1,522.00 |
| EXPENSES | | 233.81 |
| TOTAL | $ | 1,755.81 |
| PREVIOUS BALANCE | | 714.30 |
| PAYMENTS | | 0.00 |
| BALANCE DUE | $ | 2,470.11 |

PLEASE RETURN ENCLOSED COPY WITH REMITTANCE

```
                                                              Page: 1
FLAGSTAR BANK                                               11/01/2008
WEST COAST OPERATIONS CENTER                     ACCOUNT NO: 863-0001Z
10900 NE 8TH STREET, SUITE 400                   STATEMENT NO:      20
BELLEVUE WA  98004

ATTN: KRISTINA D. MARITCZAK


RE:  EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)



            PREVIOUS BALANCE                                   $714.30


                                                      HOURS
10/21/08 MLK Email exchange regarding Markman hearing.  0.20

10/22/08 BSK Review pleadings regarding sanctions
             motion.                                    0.30

10/24/08 MLK Research statutes regarding recording of
             private conversations; emails regarding
             Markman hearing.                           0.80

10/27/08 MLK Review correspondence; telephone
             conversations regarding oral argument
             demonstrative; attend Markman hearing.     3.40
         JMM Attend Markman hearing.                    3.50
                                                       _____  _____
            FOR SERVICES RENDERED                       8.20  1,522.00

                       RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE       TOTAL
     BRADLEY S. KELLER          0.30    $365.00      $109.50
     JOFREY M. MCWILLIAM        3.50     215.00       752.50
     MIKA L. KITAMURA           4.40     150.00       660.00



10/28/08    Outside Duplicating
            American Legal Copy - charge for demonstratives for
            Markman hearing.                                    226.61
10/31/08    Duplicating                                           7.20
                                                               _____
            EXPENSES                                            233.81

            TOTAL                                             1,755.81
```

```
                                                            Page:  2
                                                         11/01/2008
FLAGSTAR BANK                                 ACCOUNT NO: 863-0001Z
                                              STATEMENT NO:      20
RE:  EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)
```

BALANCE DUE                                                    $2,470.11
                                                               =========

# EXHIBIT 30

# BYRNES & KELLER LLP
### LAWYERS

TELEPHONE  
(206) 622-2000

38TH FLOOR  
1000 SECOND AVENUE  
SEATTLE, WASHINGTON 98104

FACSIMILE  
(206) 622-2522

FLAGSTAR BANK  
WEST COAST OPERATIONS CENTER  
10900 NE 8TH STREET, SUITE 400  
BELLEVUE WA 98004

12/01/2008

863-0001Z

ATTN: KRISTINA D. MARITCZAK

TAX I.D. NO. 91-1253283

FOR PROFESSIONAL SERVICES

RE: EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)

| | | |
|---|---|---|
| FOR SERVICES RENDERED (per attached detail) | $ | 378.00 |
| EXPENSES | | 313.35 |
| TOTAL | $ | 691.35 |
| PREVIOUS BALANCE | | 2,470.11 |
| PAYMENTS | | -2,470.11 |
| BALANCE DUE | $ | 691.35 |

PLEASE RETURN ENCLOSED COPY WITH REMITTANCE

```
                                                              Page: 1
FLAGSTAR BANK                                              12/01/2008
WEST COAST OPERATIONS CENTER                   ACCOUNT NO: 863-0001Z
10900 NE 8TH STREET, SUITE 400                 STATEMENT NO:      21
BELLEVUE  WA  98004

ATTN: KRISTINA D. MARITCZAK


RE:  EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)



        PREVIOUS BALANCE                                    $2,470.11



                                                HOURS
11/05/08 JMM Review order from Judge Martinez; review
             and respond to emails re same.      0.20

11/07/08 MLK Review correspondence; telephone
             conversation with court reporter regarding
             Markman hearing transcript.         0.40

11/20/08 JMM Review and respond to emails re briefing.   0.20

11/24/08 JMM Review motion to supplement briefing;
             review and respond to emails re same.       0.40
         BSK Review supplemental briefing.               0.40

         FOR SERVICES RENDERED                           1.60     378.00

                      RECAPITULATION
    TIMEKEEPER              HOURS   HOURLY RATE       TOTAL
    BRADLEY S. KELLER        0.40      $365.00      $146.00
    JOFREY M. MCWILLIAM      0.80       215.00       172.00
    MIKA L. KITAMURA         0.40       150.00        60.00



11/07/08    Court Reporter Services
            Joseph Roth - USDC Court Reporter - 10/27/08
            hearing transcript.                          291.00
11/30/08    Duplicating                                   22.35

            EXPENSES                                     313.35

            TOTAL                                        691.35
```

```
                                                                Page:  2
FLAGSTAR BANK                                                 12/01/2008
                                                 ACCOUNT NO: 863-0001Z
                                                 STATEMENT NO:       21

    RE:   EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)


11/17/08      Payment of 10/1/08 statement.                       -714.30
11/17/08      Payment of 11/1/08 statement.                     -1,755.81

              PAYMENTS                                          -2,470.11

              BALANCE DUE                                         $691.35
```

# EXHIBIT 31

# BYRNES & KELLER LLP
### LAWYERS

TELEPHONE
(206) 622-2000

38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104

FACSIMILE
(206) 622-2522

FLAGSTAR BANK
WEST COAST OPERATIONS CENTER
10900 NE 8TH STREET, SUITE 400
BELLEVUE   WA   98004

ATTN: KRISTINA D. MARITCZAK

05/01/2009

863-0001Z

TAX I.D. NO. 91-1253283

FOR PROFESSIONAL SERVICES

RE: EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED (per attached detail) | $ | 175.00 |
| EXPENSES | | 98.85 |
| TOTAL | $ | 273.85 |
| PREVIOUS BALANCE | | 0.00 |
| PAYMENTS | | 0.00 |
| BALANCE DUE | $ | 273.85 |

PLEASE RETURN ENCLOSED COPY WITH REMITTANCE

```
                                                              Page: 1
FLAGSTAR BANK                                               05/01/2009
WEST COAST OPERATIONS CENTER                      ACCOUNT NO: 863-0001Z
10900 NE 8TH STREET, SUITE 400                    STATEMENT NO:      23
BELLEVUE  WA  98004

ATTN: KRISTINA D. MARITCZAK


RE:  EON-NET, L.P. PATENT LITIGATION (W.D. WASH.)
```

|              |     |                                                              | HOURS |        |
|--------------|-----|--------------------------------------------------------------|-------|--------|
| 04/14/09     | JMM | Review motion for attorneys' fees; email Baily re same.      | 0.30  |        |
| 04/23/09     | KEJ | Prepare judge's set of exhibits to declaration of Bailey re motion for fees and costs. | 0.40  |        |
| 04/30/09     | JMM | Review opposition briefing re extension of time on fees and sanctions motions. | 0.30  |        |
|              |     | FOR SERVICES RENDERED                                        | 1.00  | 175.00 |

RECAPITULATION

| TIMEKEEPER            | HOURS | HOURLY RATE | TOTAL    |
|-----------------------|-------|-------------|----------|
| JOFREY M. MCWILLIAM   | 0.60  | $215.00     | $129.00  |
| KIMBERLY E. JOHNSTON  | 0.40  | 115.00      | 46.00    |

| 04/30/09 | Duplicating |         | 98.85    |
|----------|-------------|---------|----------|
|          | EXPENSES    |         | 98.85    |
|          | TOTAL       |         | 273.85   |
|          | BALANCE DUE |         | $273.85  |