# EXHIBIT 32

# James A. Fogarty
March 2008

Computer Science & Engineering    Phone:   +1 (206) 685-8081
University of Washington    Fax:   +1 (206) 543-2969
Box 352350    E-Mail:   jfogarty@cs.washington.edu
Seattle, WA 98195-2350    WWW:   http://www.cs.washington.edu/homes/jfogarty

## EDUCATION

**Doctor of Philosophy, Human Computer Interaction,** February 2006
Human Computer Interaction Institute, School of Computer Science
Carnegie Mellon University
Dissertation: *Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility*
Advised by Scott E. Hudson
Committee: Christopher Atkeson, Eric Horvitz, Robert Kraut

**Bachelor of Science, Computer Science,** May 2000
**Virginia Polytechnic Institute & State University** (Virginia Tech)
Degree in Honors, with Honors Thesis
Minors in Math and Political Science
Major QCA: 4.0/4.0
Overall QCA: 3.96/4.0

## PROFESSIONAL EXPERIENCE

**Assistant Professor, Computer Science & Engineering, University of Washington**    (Fall 2006 – present)

**Visiting Researcher, Microsoft Research,** Redmond, WA    (Summer 2007)
*Hosts: Mary Czerwinski and Desney Tan*

**Post-Doctoral Fellow, Carnegie Mellon University**    (Spring 2006 – Summer 2006)
**Graduate Research Assistant, Carnegie Mellon University**    (Fall 2000 – Spring 2006)
*Advisor: Scott E. Hudson*

**Research Intern, IBM TJ Watson Research Center,** Hawthorne, NY    (Summer 2003)
*Host: Jennifer Lai    Managers: John Richards and Paul Chou*

**Undergraduate Research Assistant, Virginia Tech**    (Fall 1998 – Spring 2000)
*Advisors: John Carroll and Mary Beth Rosson*

**Developer, IBM Research Triangle Park,** Raleigh-Durham, NC    (Summer 2000)

**Developer, Appropriate Technologies,** Chesapeake, VA    (Summer and Fall 1997, Summer 1998)

## JOURNAL ARTICLES

[J.3]    **Fogarty, J.**, Hudson, S.E., Atkeson, C.G., Avrahami, D., Forlizzi, J., Kiesler, S., Lee, J.C., and Yang, J. (2005). Predicting Human Interruptibility with Sensors. *ACM Transactions on Computer-Human Interaction* (TOCHI), Vol. 12, No. 1, March 2005, pp. 119-146.

[J.2]    **Fogarty, J.**, Lai, J., and Christensen, J. (2004). Presence versus Availability: The Design and Evaluation of a Context-Aware Communication Client. *International Journal of Human-Computer Studies* (IJHCS), Vol. 61, No. 3, September 2004, pp. 299-317.

[J.1]    Carroll, J.M., Rosson, M.B., Isenhour, P., Ganoe, C., Dunlap, D., **Fogarty, J.**, Schafter, W., and Van Metre, C. (2001). Designing Our Town: MOOsburg. *International Journal of Human-Computer Studies* (IJHCS), Vol. 54, No. 5, May 2001, pp. 725-751.

**REFEREED CONFERENCE ARTICLES**

[C.20]   Hao Lü and **Fogarty, J.** (2008). Cascaded Treemaps: Examining the Visibility and Stability of Structure in Treemaps. *Proceedings of Graphics Interface* (GI 2008), To Appear.

[C.19]   **Fogarty, J.**, Tan, D., Kapoor, A., and Winder, S. (2008). CueFlik: Interactive Concept Learning in Image Search. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2008), To Appear. *(Acceptance Rate: 22%)*

[C.18]   Patel, K., **Fogarty, J.**, Landay, J.A., and Harrison, B. (2008). Examining Obstacles to the Non-Expert Application of Machine Learning. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2008), To Appear. *(Acceptance Rate: 22%)*

[C.17]   Toomim, M., Zhang, X., and **Fogarty, J.** (2008). Using Shared Knowledge Questions for Authentication and Access Control. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2008), To Appear. *(Acceptance Rate: 18%)*

[C.16]   Hoffmann, R., **Fogarty, J.**, and Weld, D.S. (2007). Assieme: Finding and Leveraging Implicit References in a Web Search Interface for Programmers. *Proceedings of the ACM Symposium on User Interface Software and Technology* (UIST 2007), pp. 13-22. *(Acceptance Rate: 17%)*

[C.15]   **Fogarty, J.** and Hudson, S.E. (2007). Toolkit Support for Developing and Deploying Sensor-Based Statistical Models of Human Situations. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2007), pp. 135-144. *(Acceptance Rate: 24%)*

[C.14]   Avrahami, D., **Fogarty, J.**, and Hudson, S.E. (2007). Biases in Human Estimation of Interruptibility: Effects and Implications for Practice. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2007), pp. 51-60. *(Acceptance Rate: 24%)*

[C.13]   Tullio, J., Dey, A.K., Chalecki, J., and **Fogarty, J.** (2007). How it Works: A Field Study of Non-Technical Users Interacting with an Intelligent System. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2007), pp. 31-40. *(Acceptance Rate: 24%)*

[C.12]   Andrew, A., Borriello, G., and **Fogarty, J.** (2007). Toward a Systematic Understanding of Suggestion Tactics in Persuasion Technologies. *Proceedings of the Conference on Persuasive Technology* (Persuasive 2007). *(Acceptance Rate: 44%)*

[C.11]   **Fogarty, J.**, Au, C., and Hudson, S.E. (2006). Sensing from the Basement: A Feasibility Study of Unobtrusive and Low-Cost Home Activity Recognition. *Proceedings of the ACM Symposium on User Interface Software and Technology* (UIST 2006), pp. 91-100. *(Acceptance Rate: 22%)*

[C.10]   Tang, K.P., Keyani, P., **Fogarty, J.**, and Hong, J.I. (2006). Putting People in their Place: An Anonymous and Privacy-Sensitive Approach to Collecting Sensed Data in Location-Based Applications. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2006), pp. 93-102. *(Acceptance Rate: 23%)*

[C.9]   **Fogarty, J.**, Baker, R.S., and Hudson, S.E. (2005). Case Studies in the use of ROC Curve Analysis for Sensor-Based Estimates in Human Computer Interaction. *Proceedings of Graphics Interface* (GI 2005), pp. 129-136. *(Acceptance Rate: 28%)*

[C.8]   **Fogarty, J.**, Ko, A.J., Aung, H.H., Golden, E., Tang, K.P., and Hudson, S.E. (2005). Examining Task Engagement in Sensor-Based Statistical Models of Human Interruptibility. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2005), pp. 331-340. *(Acceptance Rate: 25%)*

[ Recipient of Best Paper Award ]

[C.7]   **Fogarty, J.**, Hudson, S.E., and Lai, J. (2004). Examining the Robustness of Sensor-Based Statistical Models of Human Interruptibility. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2004), pp. 207-214. *(Acceptance Rate: 16%)*

[C.6]   **Fogarty, J.** and Hudson, S.E. (2003). GADGET: A Toolkit for Optimization-Based Approaches to Interface and Display Generation. *Proceedings of the ACM Symposium on User Interface Software and Technology* (UIST 2003), pp. 125-134. *(Acceptance Rate: 21%)*

**[ Invited to a "Best of UIST" session at SIGGRAPH 2004 ]**

[C.5]   **Fogarty, J.**, Forlizzi, J., and Hudson, S.E. (2003). Portrait: Generating Personal Presentations. *Proceedings of Graphics Interface* (GI 2003), pp. 209-216. *(Acceptance Rate: 33%)*

[C.4]   Hudson, S.E., **Fogarty, J.**, Atkeson, C.G., Avrahami, D., Forlizzi, J., Kiesler, S., Lee, J.C., and Yang, Y. (2003). Predicting Human Interruptibility with Sensors: A Wizard of Oz Feasibility Study. *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI 2003), pp. 257-264. *(Acceptance Rate: 16%)*

[C.3]   **Fogarty, J.**, Forlizzi, J., and Hudson, S.E. (2002). Specifying Behavior and Semantic Meaning in an Unmodified Layered Drawing Package. *Proceedings of the ACM Symposium on User Interface Software and Technology* (UIST 2002), pp. 61-70. *(Acceptance Rate: 22%)*

[C.2]   **Fogarty, J.**, Forlizzi, J., and Hudson, S.E. (2001). Aesthetic Information Collages: Generating Decorative Displays that Contain Information. *Proceedings of the ACM Symposium on User Interface Software and Technology* (UIST 2001), pp. 141-150. *(Acceptance Rate: 19%)*

[C.1]   **Fogarty, J.**, Dabbish, L., Steck, D., and Mostow, J. (2001). Mining a Database of Reading Mistakes: For What Should an Automated Reading Tutor LISTEN? In J.D. Moore, C.L. Redfield, and W.L. Johnson (Eds.), *Artificial Intelligence in Education: AI-ED in the Wired and Wireless Future* (AI-ED 2001), pp. 422-433. *(Acceptance Rate: 45%)*

**REFEREED WORKSHOP PAPERS**

[W.8]   Campbell, T. and **Fogarty, J.** (2007). Applying Game Design to Everyday Fitness Applications. Presented at *The ACM Conference on Human Factors in Computing Systems Workshop on Exertion Interfaces* (CHI 2007).

[W.7]   **Fogarty, J.**, Hong, J.I., Keyani, P., and Tang, K.P. (2006). Anonymous and Privacy-Sensitive Collection of Sensed Data in Location-Based Applications. Presented at *The ACM Conference on Human Factors in Computing Systems Workshop on Mobile Social Software* (CHI 2006).

[W.6]   **Fogarty, J.** (2004). Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. Presented at *The ACM Symposium on User Interface Software and Technology Doctoral Symposium* (UIST 2004).

[W.5]   **Fogarty, J.** (2004). Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. Presented at *The IBM Research Human Computer Interaction Symposium*.

[W.4]   **Fogarty, J.** (2004). Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. Presented at *The International Conference on Ubiquitous Computing Doctoral Symposium* (UbiComp 2004).

[W.3]   **Fogarty, J.** (2004). Connecting versus Calming: Interruptibility, Presence, and Availability. Presented at *The ACM Conference on Human Factors in Computing Systems Workshop on Forecasting Presence and Availability* (CHI 2004).

[W.2]   **Fogarty, J.** (2004). AmIBusy: High-Level Abstraction in Ubiquitous Sensing Environments. Presented at *The International Conference Pervasive Computing Workshop on Toolkit Support for Interaction in the Physical World* (Pervasive 2004).

[W.1]   **Fogarty, J.** (2003). Sensor Redundancy and Certain Privacy Concerns. Presented at *The International Conference on Ubiquitous Computing Workshop on Privacy as Boundary Negotiation* (UbiComp 2003).

## INVITED TALKS

| | |
|---|---|
| [I.9] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *University of Toronto*, May 4, 2006 |
| [I.8] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *Purdue University*, Apr 12, 2006 |
| [I.7] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *University of Wisconsin*, Mar 23, 2006 |
| [I.6] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *Intel Research, Seattle*, Mar 20, 2006 |
| [I.5] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *University of Washington*, Mar 7, 2006 |
| [I.4] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *University of California, Berkeley*, Mar 2, 2006 |
| [I.3] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *University of Illinois, Urbana-Champaign*, Feb 21, 2006 |
| [I.2] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *Palo Alto Research Center*, Feb 16, 2006 |
| [I.1] | Constructing and Evaluating Sensor-Based Statistical Models of Human Interruptibility. *Microsoft Research*, Feb 8, 2006 |

## RELATED PRESS

| | |
|---|---|
| [P.3] | Gibbs, W. (2005). Considerate Computing. *Scientific American*, Vol. 292, No. 1, Jan 2005, pp. 55-61. |
| [P.2] | Celeste, B. (2003). A Phone That Knows You're Busy. *New Scientist*, Mar 15, 2003, p. 22. |
| [P.1] | Smart Phones Will Know When You Can't Answer. *Reuters*, Mar 12, 2003. |

## GRANTS RECEIVED

| | |
|---|---|
| [G.2] | Machine Learning Workstations for Ubiquitous Computing and Human Computer Interaction *Principal Investigator*, Intel Higher Education Program, June 2007, $12,237 |
| [G.1] | Integrating Sensor-Based Statistical Models of Human Situations into Everyday Applications *Principal Investigator*, Intel Research, December 2006, $30,000 |

## TEACHING EXPERIENCE

| | |
|---|---|
| **Data Structures (CSE 326), University of Washington** *32 Students, with TA Peter Henry and Bo Qin* | (Autumn 2007) |
| **Advanced Topics in Human-Computer Interaction (CSE 510), University of Washington** *16 Students, with TA Saleema Amershi, 3.8/5.0 Course Evaluation (versus 3.5 departmental mean)* | (Spring 2007) |
| **Human Interaction with Intelligent Systems (CSE 599), University of Washington** *15 Students, 4.1/5.0 Course Evaluation (versus 4.2 departmental mean)* | (Winter 2007) |
| **HCI for Computer Scientists (15-291), Carnegie Mellon University** *Co-Instructor, taught with Darren Gergle and Fleming Seay* | (Spring 2005) |
| **Programming Usable Interfaces (05-630), Carnegie Mellon University** *Teaching Assistant, course taught by Randy Pausch* | (Spring 2003) |
| **Freshman Honors Seminar, Virginia Polytechnic Institute and State University** *Teaching Assistant, course taught by Jack Dudley* | (Fall 1999) |

## DOCTORAL STUDENTS SUPERVISED

**Saleema Amershi,**                                                                  (Winter 2007 – Present)
Supervising Saleema's work on human-in-the-loop machine learning.

**Adrienne Andrew,** *Co-Advised with Gaetano Borriello*                (Summer 2007 – Present)
Supervising Adrienne's work on intelligent context-aware suggestions on mobile devices [C.12].

**Kayur Patel,** *Co-Advised with James Landay*                            (Winter 2007 – Present)
Supervising Kayur's work on tools to better support the application of machine learning algorithms and techniques as tools for software development.

## OTHER STUDENTS SUPERVISED

**Amanda Ahn,** *Undergraduate Research Assistant*                           (Summer 2007)
Supervised Amanda's work with Kayur Patel interviewing expert developers of inference-based applications.

**Taj Campbell,** *Undergraduate Honors Thesis,* now at Google          (Autumn 2006 – Spring 2007)
Supervised Taj's thesis, entitled "Exploring the design space of games in everyday fitness" [W.8].

**Brian Ngo,** *Undergraduate Independent Study*                             (Spring 2007)
Supervised Brian's work with Taj Campbell on developing a game to motivate everyday fitness [W.8].

**Carolyn Au,** *Undergraduate Independent Study, with Scott E. Hudson,* now at Google      (Spring 2005)
Supervised Carolyn's exploratory work on the Mica2 Berkeley Mote platform, examining potential audio features to find several appropriate for our unobtrusive and low-cost home activity recognition [C.11].

**Ben Davies, Rick Ebert, Rucha Humnabadkar, Becky Kaplan,**            (Spring 2001 – Spring 2003)
**Matt Mowczko,**an d **Long Pan,** *Part-Time Employees, with Scott E. Hudson.*
Supervised the video-based simulation of sensors from recordings in office environments [J.3], [C.4].

## STUDENT COMMITTEES

**Meredith Skeels,** Biomedical Informatics          *Ph.D. Supervisory Committee* (Spring 2007 – Present)
**Keith Grochow,** Computer Science & Engineering    *Ph.D. Supervisory Committee* (Summer 2007 – Present)
**Yaw Anokwa,** Computer Science & Engineering                  *Quals Committee* (Spring 2007)

## PROFESSIONAL SERVICE

*Conference Committees*

**Program Committee member**
UIST 2008: ACM Symposium on User Interface Software and Technology
**Program Committee member**
GI 2008: Graphics Interface
**Program Committee member**
CHI 2008: ACM Conference on Human Factors in Computing Systems
**Program Committee member**
AmI 2007: European Conference on Ambient Intelligence
**Program Committee member**
UbiComp 2007: International Conference on Ubiquitous Computing
**Program Committee member**
GI 2007: Graphics Interface
**Program Committee member**
UIST 2006: ACM Symposium on User Interface Software and Technology
**Program Committee member**
GI 2006: Graphics Interface
**Poster Program Committee member**
UIST 2005: ACM Symposium on User Interface Software and Technology
**Workshop Program Committee member**
UbiComp 2005: International Conference on Ubiquitous Computing
**Student Volunteer Co-Chair (with Joe Tullio)**
UIST 2004: ACM Symposium on User Interface Software and Technology

*Reviewer of Conference & Journal Publications*

| | |
|---|---|
| **IJHCS**: International Journal of Human-Computer Studies | (2005) |
| **TOCHI**: ACM Transactions on Computer-Human Interaction | (2003) |
| **CHI**: ACM Conference on Human Factors in Computing Systems | (2003-2008) |
| **CSCW**: ACM Conference on Computer Supported Cooperative Work | (2004, 2006) |
| **Eurographics**: Conference of the European Association for Computer Graphics | (2005) |
| **GI**: Graphics Interface | (2005-2008) |
| **HCI**: Human-Computer Interaction | (2006) |
| **ICMI**: ACM International Conference on Multimodal Interfaces | (2007) |
| **Intelligent Systems**: IEEE Intelligent Systems | (2007) |
| **ISWC**: IEEE International Symposium on Wearable Computers | (2004, 2007) |
| **Pervasive**: International Conference on Pervasive Computing | (2006-2007) |
| **Pervasive Computing**: IEEE Pervasive Computing | (2006, 2008) |
| **SIGGRAPH**: ACM Conference on Computer Graphics and Interactive Techniques | (2007) |
| **UbiComp**: International Conference on Ubiquitous Computing | (2005-2007) |
| **UIST**: ACM Symposium on User Interface Software and Technology | (2003-2007) |
| **UMUAI**: User Modeling and User-Adapted Interaction | (2006) |

# EXHIBIT 33

# James A. Fogarty

# INVOICE

INVOICE #001
DATE: APRIL 13, 2008

**TO:**
Melissa Baily
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6336
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700

**FOR:**
Eon-Net v. Flagstar

| DESCRIPTION | AMOUNT |
|---|---|
| Prior Art Search (56.2 Hours @ $360/hour) | $20,232 |

| Day | Hours |
|---|---|
| March 18 | .5 |
| March 19 | 1.0 |
| March 20 | 3.5 |
| March 22 | 2.1 |
| March 24 | 8.5 |
| March 25 | 4.3 |
| March 26 | 8.1 |
| March 27 | 8.6 |
| March 28 | 7.2 |
| March 29 | 1.7 |
| March 30 | 2.4 |
| March 31 | 6.0 |
| April 1 | 1.0 |
| April 2 | 1.3 |

| DESCRIPTION | AMOUNT |
|---|---|
| Document Purchase (Low 1990) from http://www.astm.org on March 24 | $25 |
| TOTAL | $20,257 |

# EXHIBIT 34

# James A. Fogarty

# INVOICE

INVOICE #002
DATE: JUNE 22, 2008

**TO:**
Melissa Baily
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6336
Main Phone: (415) 875-6600
Main Fax: (415) 875-6700

**FOR:**
Eon-Net v. Flagstar

| DESCRIPTION | AMOUNT |
|---|---|
| Analysis of Eon-Net Preliminary Infringement Claims (33.9 Hours @ $360/hour) | $12,204 |

| Day | Hours |
|---|---|
| May 5 | .1 |
| May 20 | .7 |
| May 26 | .9 |
| May 27 | .9 |
| June 3 | .2 |
| June 6 | .8 |
| June 9 | 2.5 |
| June 10 | 7.8 |
| June 11 | 4.8 |
| June 12 | 4.5 |
| June 16 | .5 |
| June 17 | 2.3 |
| June 18 | 3.4 |
| June 19 | 4.4 |
| June 22 | .1 |

| | TOTAL | $12,204 |
|---|---|---|

# EXHIBIT 35

September 1, 2009

# Ken Zeger

- Professor and consultant -

## Personal Data

Address: 8272 Regents Rd. Suite #202, San Diego, CA 92122-1382
Phone: 858-442-5679 (cell)
Email: zeger@ucsd.edu
Web: http://KenZeger.com
Citizenship: USA

## Academic Degrees

**Ph.D** (ECE):        University of California, Santa Barbara (1990)
**M.A.** (Mathematics): University of California, Santa Barbara (1989)
**S.M.** (EECS):       Massachusetts Institute of Technology  (1984)
**S.B.**  (EECS):       Massachusetts Institute of Technology  (1984)

## Faculty Positions

University of California, San Diego         -              Professor of Electrical Engineering (1998-present)
                                            - Associate Professor of Electrical Engineering (1996-1998)

University of Illinois, Urbana-Champaign    - Associate Professor of Electrical Engineering (1995-1996)
                                            - Assistant  Professor of Electrical Engineering (1992-1995)

University of Hawaii                        - Assistant  Professor of Electrical Engineering (1990-1992)

## Honors and Awards

- IEEE Fellow (2000)
- NSF Presidential Young Investigator Award (1991)
- United States Mathematical Olympiad (1980)

September 1, 2009

# Consulting Experience

## Clients:

- Answers, Inc.
- Automatic Data Processing Co.
- Hewlett-Packard Laboratories
- Institute for Defense Analyses
- Mathematics Consulting, Inc.
- MITRE Co.
- Nokia Telecommunications Inc.
- Prominent Communications Inc. (Chair of Technical Advisory Board)
- ViaSat Inc.
- Xerox Co. Palo Alto Research Center
- Zeger-Abrams Inc.
- Expert Witness in numerous patent infringement litigations.

## Topics:

- Speech coding and recognition, audio coding, telephony.
- Image, fax, video, vision, television coding.
- Electronic hardware devices: cell phones, printers, cameras, TV, computers, dongles, etc.
- Protocols, networks, Internet, security, GPS.
- Digital and wireless communications.
- Error correcting codes.
- Communication protocols.
- Software: C, C++, BASIC, Fortran, Cobol, Algol, Pascal, Assembler, TMS320, Java, DSP, Verilog, HTML, JavaScript Perl, Visual Basic, VHDL.
- Department of Defense topics.

CV of K. Zeger

September 1, 2009

# Research Interests

Source/Channel Coding, Image/Speech Compression, Networking, Statistical Learning and Pattern Matching, Information Theory, Graph and Complexity Theory, Combinatorial Monoid & Group Theory

# Professional Activities

- Board of Governors of IEEE Information Theory Society (1998-2000, 2005-2007, and 2008-2010)
- Associate Editor At-Large of *IEEE Transactions on Information Theory* (1995-1998).
- Steering Committee member of Fourth Workshop on Network Coding, Theory, and Applications (2007).
- Co-organizer of: Third Workshop on Network Coding, Theory, and Applications, San Diego (2007).
- Co-organizer of NSF Workshop on Joint Source-Channel Coding, San Diego, Calif. (1999)
- Co-organizer of IEEE Information Theory Workshop, San Diego, Calif. (1998)
- Co-organizer of Allerton Conference on Communication, Control, and Computing (1995)
- Co-organizer of IEEE Communication Theory Workshop, Ojai, Calif. (1990)
- Program Committee member of Workshop on Network Coding (NetCod) (Hong Kong, 2007)
- Program Committee member of Workshop on Network Coding (NetCod) (Boston, 2006)
- Program Committee member of Int. Symp. on Infor. Theory (ISIT) (Toronto, Canada 2008)
- Program Committee member of Int. Symp. on Infor. Theory (ISIT) (Adelaide, Australia 2005)
- Program Committee member of Int. Conf. on Image Processing (ICIP) (Atlanta, Georgia, September 2006).
- Program Committee member of Int. Conf. on Image Processing (ICIP) (Genova, Italy, 2005)
- Program Committee member of Int. Conf. on Image Processing (ICIP) (Singapore 2004)
- Program Committee member of Int. Conf. on Image Processing (ICIP) (Barcelona, Spain, 2003)
- Program Committee member of Int. Symp. on Infor. Theory and its Applic. (Soeul, Korea 2006)
- Program Committee member of Int. Symp. on Infor. Theory and its Applic. (Xian, China, 2002)
- Program Committee member of Int. Symp. on Infor. Theory and its Applic. (Hawaii, 2000)
- Program Committee member of Data Compression Conf. (Salt Lake City, Utah, 1996-2007)
- Plenary speaker at Nottingham Trent Univ. Workshop on Prob., Theory, & Appl. (England, 1998)
- Plenary speaker at IEEE Communication Theory Workshop (Destin, Florida, 1996)
- IEEE Communication Theory Technical Committee
- IEEE Signal Processing and Communications Electronics Technical Committee
- Started U.S.-Hungary Research Exchange Program
- MIT Educational Council (1985-present)

# Teaching Experience (g = grad, u = undergrad)

Calculus (u)
Probability (u)

September 1, 2009

Signals and Systems (u)
Information Theory (g)
Source Coding (g)
Random Processes (g)

September 1, 2009

# Publications of Kenneth Zeger

## Journal Papers:

1. **Kenneth Zeger and Allen Gersho**, "Zero-Redundancy Channel Coding in Vector Quantisation", *IEE Electronics Letters*, vol. 23, no. 12, pp. 654-656, June 1987.

2. **Kenneth Zeger and Allen Gersho**, "A Stochastic Relaxation Algorithm for Improved Vector Quantiser Design", *IEE Electronics Letters*, vol. 25, no. 14, pp. 896-898, July 1989.

3. **Kenneth Zeger and Allen Gersho**, "Pseudo-Gray Coding", *IEEE Transactions on Communications*, vol. 38, no. 12, pp. 2147-2158, December 1990.

4. **Hai-Ning Liu, Celia Wrathall, and Kenneth Zeger**, "Efficient Solution of some Problems in a Free Partially Commutative Monoid", *Information and Computation*, vol. 89, no. 2, pp. 180-198, December 1990.

5. **Kenneth Zeger**, "Corrections to 'Gradient Algorithms for Designing Predictive Vector Quantizers' ", *IEEE Transactions on Signal Processing*, vol. 39, no. 3, pp. 764-765, March 1991.

6. **Kenneth Zeger, Jacques Vaisey, and Allen Gersho**, "Globally Optimal Vector Quantizer Design by Stochastic Relaxation", *IEEE Transactions on Signal Processing*, vol. 40, no. 2, pp. 310-322, February 1992.

7. **Eyal Yair, Kenneth Zeger, and Allen Gersho**, "Competitive Learning and Soft Competition for Vector Quantizer Design", *IEEE Transactions on Signal Processing*, vol. 40, no. 2, pp. 294-309, February 1992.

8. **Kris Popat and Kenneth Zeger**, "Robust Quantization of Memoryless Sources using Dispersive FIR Filters", *IEEE Transactions on Communications*, vol. 40, no. 11, pp. 1670-1674, November 1992.

9. **Kenneth Zeger and Miriam R. Kantorovitz**, "Average Number of Facets per Cell in Tree-Structured Vector Quantizer Partitions", *IEEE Transactions on Information Theory*, vol. 39, no. 3, pp. 1053-1055, May 1993.

10. **Tamás Linder, Christian Schlegel, and Kenneth Zeger**, "Corrected Proof of de Buda's Theorem", *IEEE Transactions on Information Theory*, vol. 39, no. 5, pp. 1735-1737, September 1993.

11. **Kenneth Zeger, Anurag Bist, and Tamás Linder**, "Universal Source Coding with Codebook Transmission", *IEEE Transactions on Communications*, vol. 42, no. 2, pp. 336-346, February 1994.

12. **Tamás Linder and Kenneth Zeger**, "Asymptotic Entropy Constrained Performance of Tessellating and Universal Randomized Lattice Quantization", *IEEE Transactions on Information Theory*, vol. 40, no. 2, pp. 575-579, March 1994.

September 1, 2009

13. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Recent Trends in Lossy Source Coding", *Journal on Communications (Hungary)*, vol. XLV, pp. 16-22, March 1994.

14. **Kenneth Zeger and Allen Gersho**, "Number of Nearest Neighbors in a Euclidean Code", *IEEE Transactions on Information Theory*, vol. 40, no. 5, pp. 1647-1649, September 1994.

15. **Kenneth Zeger and Vic Manzella**, "Asymptotic Bounds on Optimal Noisy Channel Quantization Via Random Coding", *IEEE Transactions on Information Theory*, vol. 40, no. 6, pp. 1926-1938, November 1994.

16. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Rates of Convergence in the Source Coding Theorem, in Empirical Quantizer Design, and in Universal Lossy Source Coding", *IEEE Transactions on Information Theory*, vol. 40, no. 6, pp. 1728-1740, November 1994.

17. **Gábor Lugosi and Kenneth Zeger**, "Nonparametric Estimation via Empirical Risk Minimization", *IEEE Transactions on Information Theory*, vol. 41, no. 3, pp. 677-687, May 1995.

18. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Fixed Rate Universal Lossy Source Coding and Rates of Convergence for Memoryless Sources", *IEEE Transactions on Information Theory*, vol. 41, no. 3, pp. 665-676, May 1995.

19. **Gábor Lugosi and Kenneth Zeger**, "Concept Learning using Complexity Regularization", *IEEE Transactions on Information Theory*, vol. 42, no. 1, pp. 48-54, January 1996.

20. **Tamás Linder and Kenneth Zeger**, "On the Cost of Finite Block Length in Quantizing Unbounded Memoryless Sources", *IEEE Transactions on Information Theory*, vol. 42, no. 2, pp. 480-487, March 1996.

21. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Empirical Quantizer Design in the Presence of Source Noise or Channel Noise", *IEEE Transactions on Information Theory*, vol. 43, no. 2, pp. 612-637, March 1997.

22. **Jon Hamkins and Kenneth Zeger**, "Improved Bounds on Maximum Size Binary Radar Arrays", *IEEE Transactions on Information Theory*, vol. 43, no. 3, pp. 997-1000, May 1997.

23. **P. Greg Sherwood and Kenneth Zeger**, "Progressive Image Coding on Noisy Channels", *IEEE Signal Processing Letters*, vol. 4, no. 7, pp. 189-191, July 1997.

24. **Bertrand Hochwald and Kenneth Zeger**, "Tradeoff Between Source and Channel Coding", *IEEE Transactions on Information Theory*, vol. 43, no. 5, pp. 1412-1424, September 1997.

25. **Tamás Linder, Vahid Tarokh, and Kenneth Zeger**, "Existence of Optimal Codes for Infinite Source Alphabets", *IEEE Transactions on Information Theory*, vol. 43, no. 6, pp. 2026-2028, November 1997.

26. **Jon Hamkins and Kenneth Zeger**, "Asymptotically Dense Spherical Codes - Part I: Wrapped Spherical Codes", *IEEE Transactions on Information Theory*, vol. 43, no. 6, pp. 1774-1785, November 1997.

September 1, 2009

27. **Jon Hamkins and Kenneth Zeger**, "Asymptotically Dense Spherical Codes - Part II: Laminated Spherical Codes", *IEEE Transactions on Information Theory*, vol. 43, no. 6, pp. 1786-1798, November 1997.

28. **András Méhes and Kenneth Zeger**, "Binary Lattice Vector Quantization with Linear Block Codes and Affine Index Assignments", *IEEE Transactions on Information Theory*, vol. 44, no. 1, pp. 79-94, January 1998.

29. **Pamela Cosman and Kenneth Zeger**, "Memory Constrained Wavelet-Based Image Coding", *IEEE Signal Processing Letters*, vol. 5, no. 9, pp. 221-223, September 1998.

30. **P. Greg Sherwood and Kenneth Zeger**, "Error Protection for Progressive Image Transmission Over Memoryless and Fading Channels", *IEEE Transactions on Communications*, vol. 46, no. 12, pp. 1555-1559, December 1998.

31. **Tamás Linder, Ram Zamir, and Kenneth Zeger**, "High-Resolution Source Coding for Non-difference Distortion Measures: Multidimensional Companding", *IEEE Transactions on Information Theory*, vol. 45, no. 2, pp. 548-561, March 1999.

32. **András Méhes and Kenneth Zeger**, "Randomly Chosen Index Assignments Are Asymptotically Bad for Uniform Sources", *IEEE Transactions on Information Theory*, vol. 45, no. 2, pp. 788-794, March 1999.

33. **Vahid Tarokh, Alexander Vardy, and Kenneth Zeger**, "Universal Bound on the Performance of Lattice Codes", *IEEE Transactions on Information Theory*, vol. 45, no. 2, pp. 670-681, March 1999.

34. **Akiko Kato and Kenneth Zeger**, "On the Capacity of Two-Dimensional Run Length Constrained Channels", *IEEE Transactions on Information Theory*, vol. 45, no. 4, pp. 1527-1540, July 1999.

35. **András György, Tamás Linder, and Kenneth Zeger**, "On the Rate-Distortion Function of Random Vectors and Stationary Sources with Mixed Distributions", *IEEE Transactions on Information Theory*, vol. 45, no. 6, pp. 2110-2115, September 1999.

36. **Hisashi Ito, Akiko Kato, Zsigmond Nagy, and Kenneth Zeger**, "Zero Capacity Region of Multidimensional Run Length Constraints", *The Electronic Journal of Combinatorics*, vol. 6(1), no. R33, 1999.

37. **Balázs Kégl, Adam Krzyżak, Tamás Linder, and Kenneth Zeger**, "Learning and Design of Principal Curves", *IEEE Transactions on Pattern Matching and Machine Intelligence*, vol. 22, no. 3, pp. 281-297, March 2000.

38. **Zsigmond Nagy and Kenneth Zeger**, "Capacity Bounds for the Three-dimensional $(0, 1)$ Run Length Limited Channel", *IEEE Transactions on Information Theory*, vol. 46, no. 3, pp. 1030-1033, May 2000.

September 1, 2009

39. **Pamela Cosman, John Rogers, P. Greg Sherwood, and Kenneth Zeger**, "Combined Forward Error Control and Packetized Zerotree Wavelet Encoding for Transmission of Images Over Varying Channels", *IEEE Transactions on Image Processing*, vol. 9, no. 6, pp. 982-993, June 2000.

40. **András Méhes and Kenneth Zeger**, "Source and Channel Rate Allocation for Channel Codes Satisfying the Gilbert-Varshamov or Tsfasman-Vlăduţ-Zink Bounds", *IEEE Transactions on Information Theory*, vol. 46, no. 6, pp. 2133-2151, September 2000.

41. **Erik Agrell, Alexander Vardy, and Kenneth Zeger**, "Upper Bounds for Constant-Weight Codes", *IEEE Transactions on Information Theory*, vol. 46, no. 7, pp. 2373-2395, November 2000.

42. **András Méhes and Kenneth Zeger**, "Performance of Quantizers on Noisy Channels using Structured Families of Codes", *IEEE Transactions on Information Theory*, vol. 46, no. 7, pp. 2468-2476, November 2000.

43. **Akiko Kato and Kenneth Zeger**, "Partial Characterization of the Positive Capacity Region of Two-Dimensional Asymmetric Run Length Constrained Channels", *IEEE Transactions on Information Theory*, vol. 46, no. 7, pp. 2666-2670, November 2000.

44. **Tamás Linder, Ram Zamir, and Kenneth Zeger**, "On Source Coding with Side Information Dependent Distortion Measures", *IEEE Transactions on Information Theory*, vol. 46, no. 7, pp. 2697-2704, November 2000.

45. **Marc Fossorier, Zixiang Xiong, and Kenneth Zeger**, "Progressive Source Coding for a Power Constrained Gaussian Channel", *IEEE Transactions on Communications*, vol. 49, no. 8, pp. 1301-1306, August 2001.

46. **Erik Agrell, Alexander Vardy, and Kenneth Zeger**, "A Table of Upper Bounds for Binary Codes", *IEEE Transactions on Information Theory*, vol. 47, no. 7, pp. 3004-3006, November 2001.

47. **Erik Agrell, Thomas Eriksson, Alexander Vardy, and Kenneth Zeger**, "Closest Point Search in Lattices", *IEEE Transactions on Information Theory*, vol. 48, no. 8, pp. 2201-2214, August 2002.

48. **Jon Hamkins and Kenneth Zeger**, "Gaussian Source Coding with Spherical Codes", *IEEE Transactions on Information Theory*, vol. 48, no. 11, pp. 2980-2989, November 2002.

49. **Tamás Frajka and Kenneth Zeger**, "Residual Image Coding for Stereo Image Compression", *Optical Engineering*, vol. 42, no. 1, pp. 182-189, January 2003.

50. **Christopher Freiling, Douglas Jungreis, François Théberge, and Kenneth Zeger**, "Almost all Complete Prefix Codes have a Self-Synchronizing String", *IEEE Transactions on Information Theory*, vol. 49, no. 9, pp. 2219-2225, September 2003.

51. **Zsigmond Nagy and Kenneth Zeger**, "Asymptotic Capacity of Two-Dimensional Channels with Checkerboard Constraints", *IEEE Transactions on Information Theory*, vol. 49, no. 9, pp. 2115-2125, September 2003.

September 1, 2009

52. **Tamás Frajka and Kenneth Zeger**, "Disparity Estimation Window Size", *Optical Engineering*, vol. 42, no. 11, pp. 3334-3341, November 2003.

53. **Benjamin Farber and Kenneth Zeger**, "Quantizers with Uniform Encoders and Channel Optimized Decoders", *IEEE Transactions on Information Theory*, vol. 50, no. 1, pp. 62-77, January 2004.

54. **Tamás Frajka and Kenneth Zeger**, "Downsampling Dependent Upsampling of Images", *Signal Processing: Image Communication*, vol. 19, no. 3, pp. 257-265, March 2004.

55. **Michelle Effros, Hanying Feng, and Kenneth Zeger**, "Suboptimality of the Karhunen-Loève Transform for Transform Coding", *IEEE Transactions on Information Theory*, vol. 50, no. 8, pp. 1605-1619, August 2004.

56. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Linearity and Solvability in Multicast Networks", *IEEE Transactions on Information Theory*, vol. 50, no. 10, pp. 2243-2256, October 2004.

57. **Zsigmond Nagy and Kenneth Zeger**, "Bit Stuffing Algorithms and Analysis for Run Length Constrained Channels in Two and Three Dimensions", *IEEE Transactions on Information Theory*, vol. 50, no. 12, pp. 3146- 3169, December 2004.

58. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Insufficiency of Linear Coding in Network Information Flow", *IEEE Transactions on Information Theory*, vol. 51, no. 8, pp. 2745-2759, August 2005.

59. **Zsolt Kukorelly and Kenneth Zeger**, "Sufficient Conditions for Existence of Binary Fix-Free Codes", *IEEE Transactions on Information Theory*, vol. 51, no. 10, pp. 3433- 3444, October 2005.

60. **Benjamin Farber and Kenneth Zeger**, "Quantizers with Uniform Decoders and Channel Optimized Encoders", *IEEE Transactions on Information Theory*, vol. 52, no. 2, pp. 640-661, February 2006.

61. **Jillian Cannons, Randall Dougherty, Chris Freiling, and Kenneth Zeger**, "Network Routing Capacity", *IEEE Transactions on Information Theory*, vol. 52, no. 3, pp. 777-788, March 2006.

62. **Randall Dougherty, Chris Freiling, and Kenneth Zeger**, "Unachievability of Network Coding Capacity", *IEEE Transactions on Information Theory & IEEE/ACM Transactions on Networking (joint issue)*, vol. 52, no. 6, pp. 2365-2372, June 2006.

63. **Benjamin Farber and Kenneth Zeger**, "Quantization of Multiple Sources Using Nonnegative Integer Bit Allocation", *IEEE Transactions on Information Theory*, vol. 52, no. 11, pp. 4945-4964, November 2006.

64. **Randall Dougherty and Kenneth Zeger**, "Nonreversibility and Equivalent Constructions of Multiple-Unicast Networks", *IEEE Transactions on Information Theory*, vol. 52, no. 11, pp. 5067-5077, November 2006.

65. **Randall Dougherty, Chris Freiling, and Kenneth Zeger**, "Networks, Matroids, and Non-Shannon Information Inequalities", *IEEE Transactions on Information Theory*, vol. 53, no. 6, pp. 1949-1969, June 2007.

66. **Jillian Cannons and Kenneth Zeger**, "Network Coding Capacity with a Constrained Number of Coding Nodes", *IEEE Transactions on Information Theory*, vol. 54, no. 3, pp. 1287-1291, March 2008.

67. **Randall Dougherty, Chris Freiling, and Kenneth Zeger**, "Linear Network Codes and Systems of Polynomial Equations", *IEEE Transactions on Information Theory*, vol. 54, no. 5, pp. 2303-2316, May 2008.

68. **Jillian Cannons, Laurence Milstein, and Kenneth Zeger**, "An Algorithm for Wireless Relay Placement" *IEEE Transactions on Wireless Communications*, (submitted August 4, 2008).

# Book Chapter:

1. **Allen Gersho, Shihua Wang, and Kenneth Zeger**, "Vector Quantization Techniques in Speech Coding", Chapter 2 (pp. 49-84) in: *Advances in Speech Signal Processing*, S. Furui and M. Sondhi eds., Marcel Dekker Inc., 1992.

# Book Review:

1. **Kenneth Zeger and Eve A. Riskin**, review of: "Vector Quantization" by Huseyin Abut (IEEE Press 1990), *IEEE Information Theory Society Newsletter*, December 1992.

# Conference Papers:

1. **Fredrick Kitson and Kenneth Zeger**, "A Real-Time ADPCM Encoder using Variable Order Linear Prediction", *Proceedings IEEE International Conference on Acoust., Speech, and Sig. Processing (ICASSP)*, Tokyo, Japan, pp. 825-828, May 1986.

2. **Juin-Hwey Chen, Grant Davidson, Allen Gersho, and Kenneth Zeger**, "Speech Coding for the Mobile Satellite Experiment", (invited paper), special session on Mobile Satellite Communications, *Proceedings IEEE International Conference on Communications (ICC)*, pp 756-763, June 1987, Seattle, Washington.

3. **Kenneth Zeger and Allen Gersho**, "Real-Time Vector Predictive Coding of Speech", (invited paper), *Proceedings IEEE International Conference on Communications (ICC)*, pp 1147-1152, June 1987, Seattle, Washington.

4. **Kenneth Zeger and Allen Gersho**, "Vector Quantizer Design for Memoryless Noisy Channels", *Processing IEEE International Conference on Communications (ICC)*, Philadelphia, Pennsylvania, pp. 1593-1597, June 1988.

5. **Kenneth Zeger, Erdal Paksoy, and Allen Gersho**, "Source/Channel Coding for Vector Quantizers by Index Assignment Permutations", *IEEE International Symposium on Information Theory (ISIT)*, pp. 78-79, San Diego, California, January 1990.

6.  **Eyal Yair, Kenneth Zeger, and Allen Gersho**, "Conjugate Gradient Methods For Designing Vector Quantizers", *Proceedings IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP)*, Albuquerque, New Mexico, pp. 245-248, May 1990.

7.  **Ashok Popat and Kenneth Zeger**, "Robust Quantization of Memoryless Sources", *International Symposium on Information Theory and its Applications (ISITA)*, Honolulu, Hawaii, pp. 507-510, November 1990.

8.  **Eyal Yair and Kenneth Zeger**, "A Method to Obtain Better Codebooks for Vector Quantizers than those Achieved by the Generalized Lloyd Algorithm", *Proceedings of the 17th Israel IEEE Convention*, Tel Aviv, Israel, pp. 191-194, March 1991.

9.  **Kenneth Zeger and Allen Gersho**, "A Parallel Processing Algorithm for Vector Quantizer Design Based on Subpartitioning", *Proceedings IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP)*, Toronto, Canada, pp. 1141-1143, May 1991.

10. **Kenneth Zeger and Gopal Krishna**, "Bi-level Facsimile Compression With Unconstrained Tilings", *Proceedings of the Third International Conference on Advances in Communicationss and Control Systems* (COMCON) Victoria, Canada, pp. 853-864, October 1991.

11. **Kenneth Zeger and Miriam R. Kantorovitz**, "Average Number of Facets per Cell in Tree-Structured Euclidean Partitions", *International Symposium on Information Theory and its Applications (ISITA)*, Ibusuki, Japan, pp. 573-576, December 1991.

12. **Kenneth Zeger and Victor Manzella**, "Asymptotic Noisy Channel Vector Quantization Via Random Coding", *International Symposium on Information Theory and its Applications (ISITA)*, Ibusuki, Japan, pp. 577-580, December 1991.

13. **Kenneth Zeger and Anurag Bist**, "Universal Adaptive Vector Quantization with Application to Image Compression", *Proceedings IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP)*, San Francisco, California, pp. 381-384, March 1992.

14. **Kenneth Zeger**, "Asymptotic Analysis of Zero Delay Source-Channel Coding", *IEEE Communication Theory Workshop*, Port Ludlow, Washington, June 1992 (invited paper).

15. **Kenneth Zeger and Vic Manzella**, "Asymptotically Optimal Noisy Channel Quantization Via Random Coding", *Joint DIMACS/IEEE Workshop on Coding and Quantization*, Rutgers University, Piscataway, NJ, October 1992.

16. **Tamás Linder and Kenneth Zeger**, "Asymptotic Entropy Constrained Performance of Tessellating and Universal Randomized Lattice Quantization", *IEEE International Symposium on Information Theory (ISIT)*, San Antonio, Texas, pg. 390, January 1993.

17. **Kenneth Zeger and Miriam R. Kantorovitz**, "Average Number of Facets per Cell in Tree-Structured Vector Quantizer Partitions", *IEEE International Symposium on Information Theory (ISIT)*, San Antonio, Texas, pg. 393, January 1993.

CV of K. Zeger

September 1, 2009

18. **Tamás Linder, Christian Schlegel, and Kenneth Zeger**, "Correction and Interpretation of de Buda's Theorem", *IEEE International Symposium on Information Theory (ISIT)*, San Antonio, Texas, pg. 65, January 1993.

19. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Universality and Rates of Convergence in Lossy Source Coding", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 89-97, April 1993.

20. **András Méhes and Kenneth Zeger**, "Redundancy Free Codes for Arbitrary Memoryless Binary Channels" *28th Annual Conference on Information Sciences and Systems (CISS)*, Princeton University, New Jersey, pp. 1057-1062, March 1994.

21. **Gábor Lugosi and Kenneth Zeger**, "Nonparametric Estimation using Neural Networks", *IEEE International Symposium on Information Theory (ISIT)*, Trondheim, Norway, pg. 112, June 1994.

22. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Rates of Convergence in the Source Coding Theorem, in Empirical Quantizer Design, and in Universal Lossy Source Coding", *IEEE International Symposium on Information Theory (ISIT)*, Trondheim, Norway, pg. 454, June 1994.

23. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Fixed Rate Universal Lossy Source Coding for Memoryless Sources and Rates of Convergence", *IEEE International Symposium on Information Theory (ISIT)*, Trondheim, Norway, pg. 453, June 1994.

24. **Kenneth Zeger and Allen Gersho**, "How Many Points in Euclidean Space can have a Common Nearest Neighbor ?", *IEEE International Symposium on Information Theory (ISIT)*, Trondheim, Norway, pg. 109, June 1994.

25. **Gábor Lugosi and Kenneth Zeger**, "Concept Learning using Complexity Regularization", *IEEE Workshop on Information Theory*, Rydzyna, Poland, June 1995 (invited).

26. **András Méhes and Kenneth Zeger**, "On the Performance of Affine Index Assignments for Redundancy Free Source-Channel Coding", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pg. 433, April 1995.

27. **Jon Hamkins and Kenneth Zeger**, "Asymptotically Optimal Spherical Codes", *29th Annual Conference on Information Sciences and Systems (CISS)*, Johns Hopkins University, Maryland, pp. 52-57, March 1995.

28. **Jon Hamkins and Kenneth Zeger**, "Asymptotically Optimal Spherical Code Construction", *IEEE International Symposium on Information Theory (ISIT)*, British Columbia, Canada, pg. 184, September 1995.

29. **Tamás Linder and Kenneth Zeger**, "On the Cost of Finite Block Length in Quantizing Unbounded Memoryless Sources", *IEEE International Symposium on Information Theory (ISIT)*, British Columbia, Canada, pg. 370, September 1995.

30. **Gábor Lugosi and Kenneth Zeger**, "Concept Learning using Complexity Regularization", *IEEE International Symposium on Information Theory (ISIT)*, British Columbia, Canada, 229, September 1995.

September 1, 2009

31. **András Méhes and Kenneth Zeger**, "Affine Index Assignments for Binary Lattice Quantization with Channel Noise", *IEEE International Symposium on Information Theory (ISIT)*, British Columbia, Canada, pg. 377, September 1995.

32. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Designing Vector Quantizers in the Presence of Source Noise or Channel Noise", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 33-42, April 1996.

33. **Jon Hamkins and Kenneth Zeger**, "Wrapped Spherical Codes", *30th Annual Conference on Information Sciences and Systems (CISS)*, Princeton University, New Jersey, pp. 290-295, March 1996.

34. **Vahid Tarokh, Alexander Vardy, and Kenneth Zeger**, "On The Performance of Lattice Codes", *30th Annual Conference on Information Sciences and Systems (CISS)*, Princeton University, New Jersey, pp. 300-305, March 1996.

35. **Kenneth Zeger**, "Recent Problems in Lossy Source Coding: Theory and Practice", *IEEE Communication Theory Workshop*, Destin, Florida, April 1996 (invited plenary speaker).

36. **Bertrand Hochwald and Kenneth Zeger**, "Bounds on the Tradeoff between Source and Channel Coding with a Delay Constraint", *International Symposium on Information Theory and its Applications (ISITA)*, Victoria, Canada, pp. 755-758, October 1996.

37. **Shawn Herman and Kenneth Zeger**, "Progressive Source Coding for Variable Rates on a Packet Network", *International Symposium on Information Theory and its Applications (ISITA)*, Victoria, Canada, pp. 417-420, October 1996.

38. **Vahid Tarokh, Alexander Vardy, and Kenneth Zeger**, "Sequential Decoding of Lattices", *International Symposium on Information Theory and its Applications (ISITA)*, Victoria, Canada, pp. 1-4, October 1996.

39. **Tamás Linder, Vahid Tarokh, and Kenneth Zeger**, "Existence of Optimal Codes for Infinite Source Alphabets", *Allerton Conference on Communication, Control, and Computing*, Allerton Park, Illinois, pp. 62-65, October 1996.

40. **P. Greg Sherwood and Kenneth Zeger**, "Progressive Image Coding on Noisy Channels", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 72-81, March 1997.

41. **Tamás Linder, Ram Zamir, and Kenneth Zeger**, "Multidimensional Companding for Nondifference Distortion Measures", *31st Annual Conference on Information Sciences and Systems (CISS)*, Johns Hopkins University, Maryland, pp. 132-137, March 1997.

42. **András Méhes and Kenneth Zeger**, "Tradeoff Between Source and Channel Coding for Codes Satisfying the Gilbert-Varshamov Bound", *31st Annual Conference on Information Sciences and Systems (CISS)*, Johns Hopkins University, Maryland, pp. 314-318, March 1997.

43. **Bertrand Hochwald and Kenneth Zeger**, "Tradeoff Between Source and Channel Coding", *IEEE International Symposium on Information Theory (ISIT)*, Ulm, Germany, pg. 335, July 1997.

September 1, 2009

44. **Jon Hamkins and Kenneth Zeger**, "Improved Bounds on Maximum Size Binary Radar Arrays", *IEEE International Symposium on Information Theory (ISIT)*, Ulm, Germany, pg. 518, July 1997.

45. **Jon Hamkins and Kenneth Zeger**, "Structured Spherical Codes for Gaussian Quantization", *IEEE International Symposium on Information Theory (ISIT)*, Ulm, Germany, pg. 62, July 1997.

46. **Vahid Tarokh, Alexander Vardy, and Kenneth Zeger**, "Sequential Decoding of Lattice Codes", *IEEE International Symposium on Information Theory (ISIT)*, Ulm, Germany, pg. 497, July 1997.

47. **Tamás Linder, Gábor Lugosi, and Kenneth Zeger**, "Empirical Quantizer Design in the Presence of Source Noise or Channel Noise", *IEEE International Symposium on Information Theory (ISIT)*, Ulm, Germany, pg. 514, July 1997.

48. **Tamás Frajka, P. Greg Sherwood, and Kenneth Zeger**, "Progressive Image Coding with Spatially Variable Resolution", *International Conference on Image Processing (ICIP)*, Santa Barbara, California, October 1997.

49. **P. Greg Sherwood and Kenneth Zeger**, "Error Protection of Wavelet Coded Images Using Residual Source Redundancy", *Asilomar Conference on Signals, Systems, and Computers*, Monterey, California, November 1997 (invited paper).

50. **Pamela Cosman and Kenneth Zeger**, "Memory Constrained Wavelet-Based Image Coding", *The First Annual UCSD Conference on Wireless Communications*, La Jolla, California, pp. 54-60, March 1998.

51. **Tamás Linder, Ram Zamir, and Kenneth Zeger**, "The Multiple Description Rate Region for High Resolution Source Coding", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 149-158, March 1998.

52. **Kenneth Zeger**, "Information Theory and Probability", *Workshop on Probability : Theory and Applications*, Nottingham Trent University, England, April 1998 (invited plenary speaker).

53. **András Méhes and Kenneth Zeger**, "Randomly Chosen Index Assignments Are Asymptotically Bad for Uniform Sources", *IEEE International Symposium on Information Theory (ISIT)*, Cambridge, Massachusetts, p. 250, August 1998.

54. **Tamás Linder, Ram Zamir, and Kenneth Zeger**, "On Source Coding with Side Information for General Distortion Measures", *IEEE International Symposium on Information Theory (ISIT)*, Cambridge, Massachusetts, p. 70, August 1998.

55. **Balázs Kégl, Adam Krzyżak, Tamás Linder, and Kenneth Zeger**, "Principal Curves: Learning and Convergence", *IEEE International Symposium on Information Theory (ISIT)*, Cambridge, Massachusetts, p. 387, August 1998.

56. **Akiko Kato and Kenneth Zeger**, "On the Capacity of Two-Dimensional Run-Length-Limited Codes", *IEEE International Symposium on Information Theory (ISIT)*, Cambridge, Massachusetts, p. 320, August 1998.

September 1, 2009

57. **P. Greg Sherwood and Kenneth Zeger**, "Error Protection for Progressive Image Transmission Over Memoryless and Fading Channels", *International Conference on Image Processing (ICIP)*, Chicago, Illinois, vol. 1, pp. 324-328, October 1998.

58. **Pamela Cosman, Tamás Frajka, and Kenneth Zeger**, "Image Compression for Memory Constrained Printers", *International Conference on Image Processing (ICIP)*, Chicago, Illinois, vol. 3, pp. 109-113, October 1998.

59. **Marc Fossorier, Zixiang Xiong, and Kenneth Zeger**, "Joint Source-Channel Image Coding for a Power Constrained Noisy Channel", *International Conference on Image Processing (ICIP)*, Chicago, Illinois, vol. 2, pp. 122-126, October 1998.

60. **Pamela Cosman, Jon Rogers, P. Greg Sherwood, and Kenneth Zeger**, "Image Transmission over Channels with Bit Errors and Packet Erasures", *Asilomar Conference on Signals, Systems, and Computers*, Monterey, California, November 1998.

61. **Balázs Kégl, Adam Krzyżak, Tamás Linder, and Kenneth Zeger**, "A Polygonal Line Algorithm for Constructing Principal Curves", *Neural Information Processing Systems (NIPS)*, Denver, Colorado, MIT Press, Vol. 9, pp. 501-507, December 1998.

62. **P. Greg Sherwood and Kenneth Zeger**, "Macroscopic Multistage Image Compression for Robust Transmission over Noisy Channels", *Visual Communication and Image Processing (VCIP)*, San Jose, California, SPIE Vol. 3653, pp. 73-83, January 23-29, 1999 (invited).

63. **András György, Tamás Linder, and Kenneth Zeger**, "On Lossy Coding of Sources with Mixed Distribution", *33st Annual Conference on Information Sciences and Systems (CISS)*, Johns Hopkins University, Maryland, pp. 619-623, March 1999.

64. **András Méhes and Kenneth Zeger**, "Performance of Quantizers on Noisy Channels using Structured Families of Codes", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 473-482, March 1999.

65. **András György, Tamás Linder, and Kenneth Zeger**, "On the Rate-Distortion Function of Random Vectors and Stationary Sources with Mixed Distributions", *Canadian Workshop on Information Theory*, Kingston, Ontario, June 1999 (invited).

66. **Hisashi Ito, Akiko Kato, Zsigmond Nagy, and Kenneth Zeger**, "Characterization of Zero Capacity Region for High Dimensional Run Length Constrained Codes" (in Japanese), *Proceedings of the Research Institute for Mathematical Sciences, (RIMS Kokyuroku)*, Kyoto University, Vol. 1100, , pp. 109-116, June 1999.

67. **Julià Minguillón, Juame Pujol, and Kenneth Zeger**, "Progressive Classification Scheme for Document Layout Recognition" *The International Symposium on Optical Science, Engineering, and Instrumentation*, Denver, Colorado, SPIE Vol. 3816, July 1999.

68. **P. Greg Sherwood, Xiaodong Tian, and Kenneth Zeger**, "Channel Code Blocklength and Rate Optimization for Progressive Image Transmission", *Wireless Communications and Networking Conference (WCNC)*, New Orleans, Louisiana, pp. 978-982, September 1999 (invited).

September 1, 2009

69. **Pamela Cosman, Tamás Frajka, Dirck Schilling, and Kenneth Zeger**, "Memory Efficient Quadtree Wavelet Coding for Compound Images", *33rd Asilomar Conference on Signals, Systems, and Computers*, Monterey, California, pp. 1173-1177, October 1999.

70. **Zsigmond Nagy and Kenneth Zeger**, "Capacity Bounds for the 3-dimensional $(0, 1)$ Run Length Limited Channel", *13th Annual Symposium on Applied Algebra, Algebraic Algorithms, and Error-Correcting Codes (AAECC)*, Honolulu, Hawaii, Springer Lecture Notes in Computer Science, vol. 1719 , pp. 245-251, November 1999.

71. **Erik Agrell, Alexander Vardy, and Kenneth Zeger**, "Constant-Weight Code Bounds from Spherical Code Bounds", *IEEE International Symposium on Information Theory (ISIT)*, Sorrento, Italy, p. 391, June 2000.

72. **Hisashi Ito, Akiko Kato, Zsigmong Nagy and Kenneth Zeger**, "Zero Capacity Region of Multidimensional Run Length Constraints", *IEEE International Symposium on Information Theory (ISIT)*, Sorrento, Italy, p. 281, June 2000.

73. **Akiko Kato and Kenneth Zeger**, "Positive Capacity Region of Two-dimensional Asymmetric Run Length Constrained Channels", *IEEE International Symposium on Information Theory (ISIT)*, Sorrento, Italy, p. 279, June 2000.

74. **Zsigmond Nagy and Kenneth Zeger**, "Asymptotic Capacity of the Two-Dimensional Square Constraint", *IEEE International Symposium on Information Theory (ISIT)*, Sorrento, Italy, p. 180, June 2000.

75. **P. Greg Sherwood, Xiaodong Tian, and Kenneth Zeger**, "Efficient Image and Channel Coding for Wireless Packet Networks", *International Conference on Image Processing (ICIP)*, Vancouver, Canada, pp. 132-135, September 2000.

76. **Tamás Frajka and Kenneth Zeger**, "Robust Packet Image Transmission by Wavelet Coefficient Dispersement" *IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP)*, Salt Lake City, Utah, vol. 3, pp. 1745-1748, May 2001.

77. **Jon Hamkins and Kenneth Zeger**, "Optimal Rate Allocation for Shape-Gain Gaussian Quantizers", *IEEE International Symposium on Information Theory (ISIT)*, Washington, D.C., p. 182, June 2001

78. **Zsolt Kukorelly and Kenneth Zeger**, "The Capacity of Some Hexagonal $(d, k)$ Constraints", *IEEE International Symposium on Information Theory (ISIT)*, Washington, D.C., p. 64, June 2001

79. **Thomas Stockhammer and Kenneth Zeger**, "Distortion Bounds and Channel Code Rates for Progressive Quantization", *IEEE International Symposium on Information Theory (ISIT)*, Washington, D.C., p. 263, June 2001

80. **Benjamin Farber and Kenneth Zeger**, "Quantizers with Uniform Encoders and Channel Optimized Decoders" *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 292-301, March 2002.

81. **Zsolt Kukorelly and Kenneth Zeger**, "New Binary Fix-Free Codes with Kraft Sum 3/4", *IEEE International Symposium on Information Theory (ISIT)*, Lausanne, Switzerland, p. 178, June 2002.

82. **Tamás Frajka and Kenneth Zeger**, "Residual Image Coding for Stereo Image Compression", *International Conference on Image Processing (ICIP)*, Rochester, New York, vol. 2, pp. 217-220, October 2002.

83. **Kenneth Zeger**, "Suboptimality of the Karhunen-Loève Transform for Fixed-Rate Transform Coding", *IEEE Global Telecommunications Conference (GLOBECOM)*, Taipei, Taiwan, vol. 2, pp. 1224-1228, November 2002.

84. **Michelle Effros, Hanying Feng, and Kenneth Zeger**, "Suboptimality of the Karhunen-Loève Transform for Transform Coding", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 293-302, March 2003.

85. **Benjamin Farber and Kenneth Zeger**, "Optimality of the Natural Binary Code for Quantizers with Channel Optimized Decoders", *IEEE International Symposium on Information Theory (ISIT)*, Yokohama, Japan, p. 483, June 2003.

86. **Zsigmond Nagy and Kenneth Zeger**, "Asymptotic Capacity of Two-Dimensional Channels with Checkerboard Constraints", *IEEE International Symposium on Information Theory (ISIT)*, Yokohama, Japan, p. 74, June 2003.

87. **Christopher Freiling, Douglas Jungreis, François Théberge, and Kenneth Zeger**, "Self-Synchronization of Huffman Codes", *IEEE International Symposium on Information Theory (ISIT)*, Yokohama, Japan, p. 49, June 2003.

88. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Linearity and Solvability in Multicast Networks", *38th Annual Conference on Information Sciences and Systems (CISS)*, Princeton University, New Jersey (invited), pp. 1-4, March 2004.

89. **Zsigmond Nagy and Kenneth Zeger**, "Capacity Bounds for the Hard-Triangle Model", *IEEE International Symposium on Information Theory (ISIT)*, Chicago, Illinois, p. 162, June 2004.

90. **Benjamin Farber and Kenneth Zeger**, "Cell Density Functions and Effective Channel Code Rates for Quantizers with Uniform Decoders and Channel Optimized Encoders", *IEEE International Symposium on Information Theory (ISIT)*, Chicago, Illinois, p. 429, June 2004.

91. **Jillian Cannons, Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Network Routing Capacity", *Center for Discrete Mathematics and Theoretical Computer Science (DIMACS) Working Group on Network Coding*, Rutgers University, Piscataway, New Jersey (invited), January 2005.

92. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Insufficiency of Linear Network Codes", *Center for Discrete Mathematics and Theoretical Computer Science (DIMACS) Working Group on Network Coding*, Rutgers University, Piscataway, New Jersey (invited), January 2005.

September 1, 2009

93. **Benjamin Farber and Kenneth Zeger**, "Quantization of Multiple Sources Using Integer Bit Allocation", *Data Compression Conference (DCC)*, Salt Lake City, Utah, pp. 368-377, March 2005.

94. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Unachievability of Network Coding Capacity", *First Workshop on Network Coding, Theory, and Applications (NETCOD)*, Riva del Garda, Italy (invited), April 2005.

95. **Jillian Cannons, Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Network Routing Capacity", *IEEE International Symposium on Information Theory (ISIT)*, Adelaide, Australia, pp. 11-13, September 2005.

96. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Insufficiency of Linear Network Codes", *IEEE International Symposium on Information Theory (ISIT)*, Adelaide, Australia, pp. 264-267, September 2005.

97. **Randall Dougherty and Kenneth Zeger**, "Nonreversibility of Multiple Unicast Networks", *Allerton Conference on Communication, Control, and Computing*, Allerton Park, Illinois (invited), September 2005.

98. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "The Vámos Network", *Second Workshop on Network Coding, Theory, and Applications (NETCOD)*, Boston, Massachusetts, April 2006.

99. **Rathinakumar Appuswamy, Massimo Franceschetti, and Kenneth Zeger** "Sufficiency of Linear Codes for Broadcast-Mode Multicast Networks", *IEEE International Symposium on Information Theory (ISIT)*, Seattle, Washington, July 2006.

100. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Six New Non-Shannon Information Inequalities", *IEEE International Symposium on Information Theory (ISIT)*, Seattle, Washington, July 2006.

101. **Zsolt Kukorelly and Kenneth Zeger** "Automated Theorem Proving for Hexagonal Run Length Constrained Capacity Computation", *IEEE International Symposium on Information Theory (ISIT)*, Seattle, Washington, July 2006.

102. **Jillian Cannons and Kenneth Zeger**, "Network Coding Capacity with a Limited Number of Coding Nodes", *Allerton Conference on Communication, Control, and Computing*, Allerton Park, Illinois (invited), September 2006.

103. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Matroidal Networks", *Allerton Conference on Communication, Control, and Computing*, Allerton Park, Illinois (invited), September 2007.

104. **Randall Dougherty, Christopher Freiling, and Kenneth Zeger**, "Linear Network Codes and Systems of Polynomial Equations", *IEEE International Symposium on Information Theory (ISIT)*, Toronto, Canada, July 2008.

CV of K. Zeger

September 1, 2009

105. **Rathinakumar Appuswamy, Massimo Franceschetti, Nikhil Karamchandani, and Kenneth Zeger** "Network Coding for Computing", *Allerton Conference on Communication, Control, and Computing*, Allerton Park, Illinois (invited), September 2008.

106. **Jillian Cannons, Laurence Milstein, and Kenneth Zeger**, "Wireless Relay Placement", *IEEE Radio and Wireless Symposium (RWS)*, San Diego, California (invited), January 2009.

107. **Rathinakumar Appuswamy, Massimo Franceschetti, Nikhil Karamchandani, and Kenneth Zeger** "Network Computing Capacity for the Reverse Butterfly Network", *IEEE International Symposium on Information Theory (ISIT)*, Seoul, Korea, June 2009.

# EXHIBIT 36

```
        ---  July 2008 Invoice from Dr. Ken Zeger  ---

For:                Melissa Baily
                    Quinn Emanuel Urquhart Oliver & Hedges, LLP Work Description: Consulting
expert for patent infringement litigation
Case:               Eon-Net, L.P. v. Flagstar Bancorp
                    C 05-2129 RSM
Patents:            US 6683697, 7184162, 7075673
Date of Invoice:    July 31, 2008
Invoice Number:     ZEGE073108


Work summary:   Document inspections, phone conferences.


Expense report summary:

     $16,775.00 K. Zeger  for 30.5 hours at $550/hr
         $0.00 Misc. Expenses
     -------------------------------------------------
     $16,775.00 Balance Due


Please send a check for the Balance Due to:

              -----------------------------
              Dr. Ken Zeger



              Cell Phone:
                    FAX:
              -----------------------------



Daily Work Log:


    Date    Hours
    -----------------
    07-01-08
    07-02-08
    07-03-08
    07-04-08
    07-05-08
    07-06-08
    07-07-08
    07-08-08
```

```
07-09-08
07-10-08
07-11-08
07-12-08
07-13-08
07-14-08
07-15-08
07-16-08    4.0
07-17-08    6.0
07-18-08    2.0
07-19-08    4.0
07-20-08    5.0
07-21-08
07-22-08    2.0
07-23-08    3.5
07-24-08    3.5
07-25-08
07-26-08
07-27-08
07-28-08
07-29-08
07-30-08    0.5
07-31-08
--------------------------
 Totals:  30.5
```

# EXHIBIT 37

```
          ---  August 2008 Invoice from Dr. Ken Zeger  ---
For:                Melissa Baily
                    Quinn Emanuel Urquhart Oliver & Hedges, LLP Work Description: Consulting
expert for patent infringement litigation
Case:               Eon-Net, L.P. v. Flagstar Bancorp
                    C 05-2129 RSM
Patents:            US 6683697, 7184162, 7075673
Date of Invoice:  August 31, 2008
Invoice Number:    ZEGE083108
Work summary:   Report preparation, phone conferences,
                 meeting with attorney Melissa Baily in San Diego on 08-06-08.
Expense report summary:
     $20,900.00 K. Zeger for 38.0 hours at $550/hr
               Travel Expenses
       $150.00 Misc. Expenses
       ---------------------------------------------------
     $21,050.00 Balance Due
Please send a check for the Balance Due to:
                    -----------------------------
                    Dr. Ken Zeger


                    Cell Phone:
                         FAX:
                    ----------------------------- Misc. Expenses
  08-07-08 $150.00 WordPerfect document production (D3 Distributing) Daily Work Log:
     Date    Hours
     ----------------
     08-01-08
     08-02-08
     08-03-08
     08-04-08
     08-05-08
     08-06-08   8.5
     08-07-08   8.0
     08-08-08   9.0
     08-10-08   7.0
     08-11-08   5.5
     08-12-08
     08-13-08
     08-14-08
     08-15-08
     08-16-08
     08-17-08
     08-18-08
     08-19-08
     08-20-08
     08-21-08
     08-22-08
```

1

```
08-23-08
08-24-08
08-25-08
08-26-08
08-27-08
08-28-08
08-29-08
08-30-08
08-31-08
--------------------------
 Totals:  38.0
```

# EXHIBIT 38

```
       ---  September 2008 Invoice from Dr. Ken Zeger  ---

For:               Melissa Baily
                   Quinn Emanuel Urquhart Oliver & Hedges, LLP
Work Description:  Consulting expert for patent infringement litigation
Case:              Eon-Net, L.P. v. Flagstar Bancorp
                   C 05-2129 RSM
Patents:           US 6683697, 7184162, 7075673
Date of Invoice:   September 30, 2008
Invoice Number:    ZEGE093008


Work summary:   Document inspection, report preparation, phone conferences,


Expense report summary:

     $19,800.00 K. Zeger for 36.0 hours at $550/hr
         $0.00 Misc. Expenses
     --------------------------------------------------
     $19,800.00 Balance Due


Please send a check for the Balance Due to:

                 ------------------------------
                 Dr. Ken Zeger



                 Cell Phone:
                       FAX:
                 ------------------------------


Daily Work Log:


     Date    Hours
     ----------------
     09-01-08   3.5
     09-02-08   0.5
     09-03-08
     09-04-08
     09-05-08
     09-06-08
     09-07-08
     09-08-08
     09-10-08
     09-11-08   1.5
     09-12-08
     09-13-08
     09-14-08   8.5
     09-15-08   9.5
     09-16-08   3.5
     09-17-08   8.0
     09-18-08   1.0
     09-19-08
     09-20-08
     09-21-08
```

```
09-22-08
09-23-08
09-24-08
09-25-08
09-26-08
09-27-08
09-28-08
09-29-08
09-30-08
-------------------------
 Totals:  36.0
```

# EXHIBIT 39

```
        ---  November 2008 Invoice from Dr. Ken Zeger  ---

For:                Melissa Baily
                    Quinn Emanuel Urquhart Oliver & Hedges, LLP
Work Description:   Consulting expert for patent infringement litigation
Case:               Eon-Net, L.P. v. Flagstar Bancorp
                    C 05-2129 RSM
Patents:            US 6683697, 7184162, 7075673
Date of Invoice:    November 2, 2008
Invoice Number:     ZEGE110208


Work summary:   Document inspection, phone conference, attend Markman hearing.


Expense report summary:

     $11,275.00 K. Zeger for 20.5 hours at $550/hr
      $1,246.14 Misc. Expenses
     --------------------------------------------------
     $12,521.14 Balance Due


Please send a check for the Balance Due to:

                    -----------------------------
                    Dr. Ken Zeger



                    Cell Phone:
                          FAX:
                    -----------------------------


Daily Work Log:


      Date   Hours
      ----------------
      10-01-08
      10-02-08
      10-03-08
      10-04-08
      10-05-08
      10-06-08   0.5
      10-07-08
      10-08-08
      10-10-08
      10-11-08
      10-12-08
      10-13-08
      10-14-08
      10-15-08
      10-16-08
      10-17-08
      10-18-08
      10-19-08
      10-20-08
      10-21-08
```

```
10-22-08
10-23-08
10-24-08
10-25-08    1.5
10-26-08    6.0
10-27-08   12.5
10-28-08
10-29-08
10-30-08
10-31-08
-------------------------
   Total:  20.5
```

Misc. Expenses:

```
$819.00 Round-trip air tickets from San Diego to Seattle for Markman hearing (Oct
 $41.00 taxi to San Diego airport (10-26-08)
 $42.00 taxi from San Diego airport (10-27-08)
 $45.00 taxi from Seattle airport (10-26-08)
$299.14 hotel in Seattle - 1 night (10-27-08)
------------------------------------------
$1246.14 total misc.
```