# EXHIBIT 40

*Total Costs: Litigation-Patent Infringement by Location*

Litigation-Patent Infringement <$1M End of Discovery (000s) by Location (Q40a)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Location | | | | | | | |
| Number of Respondents | 357 | 21 | 31 | 12 | 46 | 17 | 15 | 16 | 25 | 12 | 51 | 38 | 15 | 23 | 35 |
| Mean (Average) | $498 | $381 | $615 | $446 | $754 | $499 | $387 | $573 | $590 | $371 | $287 | $414 | $493 | $611 | $467 |
| First Quartile 25% | $200 | $200 | $250 | $250 | $250 | $150 | $200 | $263 | $213 | $163 | $100 | $200 | $100 | $250 | $120 |
| Median (Midpoint) | $350 | $300 | $350 | $375 | $475 | $400 | $300 | $400 | $500 | $250 | $250 | $363 | $400 | $400 | $220 |
| Third Quartile 75% | $500 | $500 | $750 | $500 | $1,000 | $650 | $600 | $913 | $800 | $563 | $350 | $500 | $700 | $750 | $500 |

Litigation-Patent Infringement <$1M Inclusive, all costs (000s) by Location (Q40b)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Location | | | | | | | |
| Number of Respondents | 351 | 20 | 30 | 12 | 45 | 17 | 15 | 16 | 25 | 13 | 48 | 37 | 16 | 24 | 33 |
| Mean (Average) | $967 | $785 | $1,258 | $729 | $1,309 | $1,028 | $685 | $949 | $1,004 | $635 | $639 | $802 | $1,169 | $1,393 | $893 |
| First Quartile 25% | $400 | $600 | $481 | $388 | $500 | $410 | $350 | $600 | $375 | $240 | $263 | $500 | $213 | $500 | $225 |
| Median (Midpoint) | $650 | $650 | $750 | $500 | $750 | $600 | $750 | $750 | $800 | $400 | $500 | $700 | $700 | $750 | $500 |
| Third Quartile 75% | $1,200 | $1,000 | $2,000 | $1,000 | $2,000 | $1,250 | $850 | $1,475 | $1,350 | $1,075 | $750 | $1,000 | $1,500 | $1,875 | $900 |

Litigation-Patent Infringement $1-$25M End of Discovery (000s) by Location (Q40c)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Location | | | | | | | |
| Number of Respondents | 430 | 27 | 47 | 13 | 50 | 17 | 20 | 17 | 31 | 17 | 50 | 49 | 20 | 35 | 37 |
| Mean (Average) | $1,794 | $1,756 | $2,111 | $1,454 | $2,245 | $1,538 | $1,683 | $1,304 | $1,628 | $1,862 | $1,047 | $1,926 | $1,781 | $2,553 | $1,560 |
| First Quartile 25% | $750 | $950 | $750 | $600 | $975 | $350 | $563 | $575 | $1,000 | $1,200 | $500 | $1,050 | $400 | $1,500 | $450 |
| Median (Midpoint) | $1,500 | $2,000 | $1,500 | $1,300 | $2,000 | $1,200 | $1,375 | $1,200 | $1,500 | $1,500 | $750 | $2,000 | $1,500 | $2,500 | $1,000 |
| Third Quartile 75% | $2,500 | $2,500 | $3,000 | $2,250 | $3,500 | $2,750 | $2,875 | $1,700 | $2,000 | $2,500 | $1,275 | $2,500 | $2,875 | $3,500 | $2,500 |

*Total Costs: Litigation-Patent Infringement by Location*

**Litigation-Patent Infringement $1-$25M Inclusive, all costs (000s) by Location (Q40d)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 432 | 27 | 47 | 12 | 51 | 18 | 21 | 17 | 31 | 17 | 52 | 46 | 20 | 37 | 36 |
| Mean (Average) | $3,109 | $3,913 | $3,797 | $2,221 | $3,743 | $2,826 | $2,802 | $2,084 | $2,706 | $3,124 | $1,953 | $3,217 | $3,041 | $4,116 | $2,683 |
| First Quartile 25% | $1,500 | $2,000 | $2,000 | $775 | $2,250 | $938 | $1,250 | $950 | $1,500 | $1,700 | $920 | $2,375 | $1,175 | $2,500 | $825 |
| Median (Midpoint) | $2,500 | $4,000 | $3,000 | $1,900 | $3,200 | $1,700 | $2,500 | $2,000 | $2,500 | $2,500 | $1,500 | $3,000 | $3,000 | $4,000 | $2,000 |
| Third Quartile 75% | $4,500 | $6,500 | $5,000 | $3,063 | $5,000 | $5,000 | $4,125 | $2,575 | $3,500 | $4,250 | $2,188 | $4,000 | $4,000 | $5,500 | $4,575 |

**Litigation-Patent Infringement >$25M End of Discovery (000s) by Location (Q40e)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 398 | 29 | 47 | 14 | 43 | 11 | 11 | 11 | 30 | 16 | 46 | 47 | 21 | 39 | 33 |
| Mean (Average) | $3,731 | $3,407 | $4,798 | $2,975 | $4,640 | $2,685 | $2,918 | $2,509 | $3,955 | $3,347 | $2,104 | $3,735 | $4,367 | $4,690 | $3,367 |
| First Quartile 25% | $2,000 | $1,750 | $2,500 | $950 | $2,000 | $1,500 | $600 | $1,000 | $2,375 | $2,000 | $788 | $2,500 | $1,600 | $3,000 | $875 |
| Median (Midpoint) | $3,000 | $3,000 | $4,000 | $2,250 | $4,500 | $2,500 | $3,500 | $3,000 | $3,500 | $2,500 | $2,000 | $3,500 | $3,500 | $4,000 | $3,000 |
| Third Quartile 75% | $5,000 | $4,750 | $7,000 | $4,625 | $6,000 | $4,500 | $4,500 | $3,500 | $5,000 | $4,000 | $3,000 | $5,000 | $6,000 | $6,000 | $5,000 |

**Litigation-Patent Infringement >$25M Inclusive, all costs (000s) by Location (Q40f)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 405 | 30 | 48 | 14 | 43 | 11 | 12 | 12 | 29 | 17 | 46 | 47 | 20 | 42 | 34 |
| Mean (Average) | $6,250 | $6,692 | $7,867 | $4,839 | $7,174 | $4,208 | $4,883 | $3,750 | $6,262 | $5,565 | $3,626 | $6,120 | $7,610 | $7,511 | $6,718 |
| First Quartile 25% | $3,500 | $3,500 | $5,000 | $1,888 | $4,000 | $2,000 | $1,875 | $2,750 | $3,750 | $3,550 | $1,800 | $4,000 | $4,000 | $5,000 | $2,225 |
| Median (Midpoint) | $5,500 | $7,000 | $7,000 | $3,500 | $7,000 | $3,000 | $5,000 | $3,875 | $5,000 | $5,000 | $3,000 | $6,000 | $6,000 | $7,000 | $5,250 |
| Third Quartile 75% | $8,000 | $9,000 | $10,000 | $10,000 | $9,000 | $6,000 | $7,775 | $4,900 | $8,000 | $7,000 | $4,125 | $7,500 | $11,500 | $10,000 | $9,250 |