The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EON-NET, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANCORP,<br><br>Defendant. | CASE NO. C05-2129 RSM<br><br>**DECLARATION OF<br>JEAN-MARC ZIMMERMAN** |

I, Jean-Marc Zimmerman, declare as follows:

1. I am an attorney-at-law licensed in the State of New Jersey and am counsel for Eon-Net, L.P. in the above-identified action.

2. On February 15, 2010, I was advised by the Staples located at 13240 Aurora Avenue, Seattle, WA 98133 that they charge 8¢ per black and white copy.

I declare under the laws of the United States that the foregoing is true and correct.

*/s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman

Dated: February 15, 2010
Westfield, New Jersey