The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EON-NET, L.P.,

                Plaintiff,

v.

FLAGSTAR BANCORP,

                Defendant.

**CASE NO. C05-2129 RSM**

**DECLARATION OF JEAN-MARC ZIMMERMAN IN SUPPORT OF MOTION TO STAY**

I, Jean-Marc Zimmerman, declare as follows:

1. I am an attorney-at-law licensed in the State of New Jersey and am counsel for Eon-Net, L.P. in the above-identified action.

2. I do not have the funds to pay the sanctions amount or to pay for a bond.

3. The Sanctions and Monetary Orders have already harmed me by costing me to lose business. Further, they have been cited by adversaries in non-Eon-Net cases to try and harm me and my clients.

I declare under the laws of the United States that the foregoing is true and correct.

                                                        /s/Jean-Marc Zimmerman
                                                        Jean-Marc Zimmerman

Dated: June 11, 2010
        Westfield, New Jersey