# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EON-NET L.P.,

       Plaintiff,

       v.

FLAGSTAR BANCORP,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C05-2129RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Judgment is entered in favor of defendant in the amount of $631,135.18 for costs and attorney fees.

Dated this 21 day of June 2010.

                                                                                               BRUCE RIFKIN
                                                                                               Clerk

                                                                                               /s/ Rhonda Stiles
                                                                                                Deputy Clerk