Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman& Levi, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

John W. Hathaway
Law Offices John W. Hathaway, PLLC
4600 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
Tel: (206) 624-7100
Fax: (206) 624-9292

Attorneys for Plaintiff Eon-Net, L.P.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EON-NET, L.P., <br><br> Plaintiff-Sanctioned Party-Appellant <br><br> and <br><br> ZIMMERMAN & LEVI, L.L.P. and JEAN-MARC ZIMMERMAN, <br><br> Sanctioned Parties-Appellants, <br><br> v. <br><br> FLAGSTAR BANCORP, INC., <br><br> Defendant-Appellee. | **Case No. C05-2129P** <br><br><br> **AMENDED NOTICE OF APPEAL** |

Further to the Notice of Appeal filed on April 14, 2008 which was

1

assigned appeal number 2009-1308, notice is hereby given that Eon-Net, L.P. and its counsel Zimmerman & Levi, L.L.P. and attorney Jean-Marc Zimmerman in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment in favor of Defendant entered in this action on June 21, 2010.  This appeal includes any and all findings, conclusions and determinations including but not limited to the Order on Claim Construction entered on March 4, 2009, the Order on Costs and Fees entered on January 4, 2010, and the Supplemental Order on Fees and Costs entered on May 17, 2010.  The filing fee is being electronically submitted with this filing

/s/Jean-Marc Zimmerman
Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman & Levi, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

John W. Hathaway
Law Offices John W. Hathaway, PLLC
4600 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
Tel: (206) 624-7100
Fax: (206) 624-9292

Attorneys for Appellants

Dated:  July 5, 2010
          Westfield, NJ 07090